APPEAL

# U.S. District Court
## District of Rhode Island (Providence)
## CIVIL DOCKET FOR CASE #: <u>1:15–cv–00419–WES–PAS</u>

| | |
|---|---|
| Markham Concepts, Inc. v. Hasbro, Inc. | Date Filed: 10/02/2015 |
| Assigned to: Chief Judge William E. Smith | Date Terminated: 08/14/2019 |
| Referred to: Magistrate Judge Patricia A. Sullivan | Jury Demand: Both |
| Cause: 28:1332 Diversity–Other Contract | Nature of Suit: 190 Contract: Other |
| | Jurisdiction: Diversity |

**<u>Plaintiff</u>**

**Markham Concepts, Inc.**  represented by  **Joseph V. Cavanagh , Jr.**
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
831–8900
Fax: 751–7542
Email: <u>jvc@blishcavlaw.com</u>
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David A Cole**
Cadwalader, Wickersham & Taft LLP
200 Liberty Street
New York, NY 10281
212–504–6755
Email: <u>david.cole@cwt.com</u>
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David Nimmer**
Irell & Manella LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067
310–277–1010
Email: <u>dnimmer@irell.com</u>
*TERMINATED: 11/16/2017*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gregory A. Markel**
Cadwalader, Wickersahm, & Taft LLP
One World Financial Center
Suite 33–106
New York, NY 10022
212–504–6112
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John T. Moehringer**
Cadwalader, Wickersham & Taft, LLP
200 Liberty St.
New York, NY 10281
(212) 504–6000
Fax: (212) 504–6666
Email: john.moehringer@cwt.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kyle G Grimm**
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
212–504–6206
Email: kyle.grimm@cwt.com
*TERMINATED: 06/09/2016*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Louis M. Solomon**
Reed Smith LLP
599 Lexington Avenue
New York, NY 10022
(212) 521–5400
Fax: (212) 521–5450
Email: lsolomon@reedsmith.com
*TERMINATED: 07/22/2016*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael S. Lazaroff**
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
212–504–6620
Email: Michael.Lazaroff@cwt.com
*TERMINATED: 07/22/2016*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert J. Cavanagh , Jr.**
Blish & Cavanagh
30 Exchange Terrace
3rd Floor
Providence, RI 02903
401–831–8900
Fax: 401–751–7542
Email: rjc@blishcavlaw.com
*ATTORNEY TO BE NOTICED*

**Robert C. Foote , III**
Cadawalader, Wickersham & Taft, LLP
200 Liberty Street
New York, NY 10281
212–504–6043
Email: robert.foote@cwt.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert M Pollaro**
Codwalader, Wickersham & Taft LLP
200 Liberty Street
New York, NY 10281
212–993–3143
Email: robert.pollaro@cwt.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mary C. Dunn**
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
831–8900
Fax: 751–7542
Email: mcd@blishcavlaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Lorraine Markham** | represented by | **David A Cole**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**David Nimmer**
(See above for address)
*TERMINATED: 11/16/2017*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gregory A. Markel**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John T. Moehringer**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mary C. Dunn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert J. Cavanagh , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert C. Foote , III**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert M Pollaro**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Louis M. Solomon**
(See above for address)
*TERMINATED: 07/22/2016*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Susan Garretson**                    represented by  **Mary C. Dunn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert M Pollaro**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Hasbro, Inc**                        represented by  **Joseph Avanzato**
Adler Pollock & Sheehan P.C.
One Citizens Plaza
8th Floor
Providence, RI 02903
401–274–7200
Fax: 401–751–0604
Email: javanzato@apslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patricia K. Rocha**
Adler Pollock & Sheehan P.C.
One Citizens Plaza
8th Floor
Providence, RI 02903
274–7200
Fax: 351–4607

4

Email: procha@apslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brenna Anatone Force**
Adler Pollock & Sheehan PC
One Citizens Plaza
8th Floor
Providence, RI 02903
401−274−7200
Fax: 401−351−4607
Email: bforce@apslaw.com
*ATTORNEY TO BE NOTICED*

**Courtney L Batliner**
Holland & Knight, LLP
10 St. James Avenue
11th Floor
Boston, MA 02116
(617)523−2700
Fax: (617)523−6850
Email: courtney.batliner@hklaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jacob W.S. Schneider**
Holland & Knight LLP
10 St. James Avenue
11th Floor
Boston, MA 02116
617−305−2025
Email: jacob.schneider@hklaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joshua C. Krumholz**
Holland & Knight LLP
10 St. James Avenue
11th Floor
Boston, MA 02116
617−523−2700
Fax: 617−523−6850
Email: joshua.krumholz@hklaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark T. Goracke**
Holland and Knight
10 Saint James Avenie
11th Floor
Boston, MA 02116
617−305−2146

Fax: 617–523–6850
Email: mark.goracke@hklaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Reuben Klamer**                          represented by   **Brittany Elias**
Glaser Weil Fink Howard Avchen &
Shapiro LLP
10250 Constellation Blvd
19th Floor
Los Angeles, CA 90067
310–556–7809
Fax: 310–843–2609
Email: belias@glaserweil.com
*TERMINATED: 04/12/2018*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eric E. Renner**
Renner Law, LLC
50 South Main Street
Suite 202
Providence, RI 02903
401–404–5251
Fax: 401–404–5285
Email: erenner@rennerlawllc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erica J. Van Loon**
Lathrop Gage LLP
1888 Century Park East
Suite 1000
Los Angeles, CA 90067–1623
310–789–4601
Email: evanloon@lathropgage.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nicholas Edward Huskins**
Glaser Weil Fink HOward Avchen &
Shapiro LLP
10250 Constellation Blvd.
19th Floor
Los Angeles, CA 90067
310–282–6264
Email: nhuskins@glaserweil.com
*TERMINATED: 09/11/2017*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

Patricia L. Glaser
Glaser Weil Fink Howard Avchen &
Shapiro LLP
10250 Constellation Blvd.
19th Floor
Los Angeles, CA 90067
310–553–3000
Email: pglaser@glaserweil.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas P. Burke , Jr.**
Glasser Weil Fink Howard Avchen &
Shapiro, LLP
10250 Constellation Boulevard
19th Floor
Los Angeles, CA 90067
310–556–7807
Fax: 310–843–2607
Email: tburke@glaserweil.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ida Mae Atkins**

**Defendant**

**Dawn Linkletter Griffin**                     represented by   **Christine K. Bush**
Hinckley, Allen & Snyder LLP
100 Westminster Street
Suite 1500
Providence, RI 02903
401–274–2000
Fax: 401–277–9600
Email: cbush@hinckleyallen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan M. Gainor**
Hinckley, Allen & Snyder LLP
100 Westminster Street
Suie 1500
Providence, RI 02903
401–457–5324
Fax: 401–277–9600
Email: rgainor@hinckleyallen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David B. Jinkins**

Thompson Coburn LLP
One US Bank Plaza
St. Louis, MO 63101
(314) 552–6000
Fax: (314) 552–7000
Email: djinkins@thompsoncoburn.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gary Wexler**
Thompson Coburn LLP
2029 Century Park East
19th Floor
Los Angeles, CA 90067
(310) 282–9470
Fax: (310) 282–2501
Email: GWexler@thompsoncoburn.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sharon Linkletter**                           represented by   **Christine K. Bush**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan M. Gainor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David B. Jinkins**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gary Wexler**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mitchell N. Reinis**
Thompson Coburn LLP
2029 Century Park East
19th FLoor
Los Angeles, CA 90067
310–282–2500
Email: mreinis@thompsoncoburn.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Michael Linkletter**                 represented by   **Christine K. Bush**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Ryan M. Gainor**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **David B. Jinkins**
                                                        (See above for address)
                                                        *PRO HAC VICE*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Gary Wexler**
                                                        (See above for address)
                                                        *PRO HAC VICE*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Mitchell N. Reinis**
                                                        (See above for address)
                                                        *PRO HAC VICE*
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Laura Linkletter Rich**              represented by   **Christine K. Bush**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Ryan M. Gainor**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **David B. Jinkins**
                                                        (See above for address)
                                                        *PRO HAC VICE*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Gary Wexler**
                                                        (See above for address)
                                                        *PRO HAC VICE*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Mitchell N. Reinis**
                                                        (See above for address)
                                                        *PRO HAC VICE*
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Dennis Linkletter**                    represented by   **Christine K. Bush**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Ryan M. Gainor**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **David B. Jinkins**
                                                          (See above for address)
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Mitchell N. Reinis**
                                                          (See above for address)
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Thomas Feiman**                        represented by   **Christine K. Bush**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Ryan M. Gainor**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Robert Miller**                        represented by   **Christine K. Bush**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Ryan M. Gainor**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Max Candiotty**                        represented by   **Christine K. Bush**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Ryan M. Gainor**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

V.

**Respondent**

**Greenberg Traurig, LLP**                    represented by   **Greenberg Traurig, LLP**
                                                               PRO SE

                                                               **William M. Dolan , III**
                                                               Adler Pollock & Sheehan
                                                               One Citizens Plaza
                                                               8th Floor
                                                               Providence, RI 02903
                                                               274–7200
                                                               Fax: 351–4607
                                                               Email: wdolan@apslaw.com
                                                               *TERMINATED: 02/10/2017*
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Nicholas L. Nybo**
                                                               Adler Pollock & Sheehan P.C.
                                                               One Citizens Plaza
                                                               8th Floor
                                                               Providence, RI 02903
                                                               401–274–7200
                                                               Fax: 401–351–4607
                                                               Email: nnybo@apslaw.com
                                                               *TERMINATED: 02/10/2017*
                                                               *ATTORNEY TO BE NOTICED*

**Respondent**

**Louis M. Solomon**                          represented by   **Louis M. Solomon**
                                                               PRO SE

                                                               **William M. Dolan , III**
                                                               (See above for address)
                                                               *TERMINATED: 02/10/2017*
                                                               *LEAD ATTORNEY*

                                                               **Nicholas L. Nybo**
                                                               (See above for address)
                                                               *TERMINATED: 02/10/2017*

**Respondent**

**Michael S. Lazaroff**                       represented by   **Michael S. Lazaroff**
                                                               PRO SE

                                                               **William M. Dolan , III**
                                                               (See above for address)

*TERMINATED: 02/10/2017*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicholas L. Nybo**
(See above for address)
*TERMINATED: 02/10/2017*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Lorraine Markham**                    represented by   **David A Cole**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David Nimmer**
(See above for address)
*TERMINATED: 11/16/2017*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gregory A. Markel**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Louis M. Solomon**
(See above for address)
*TERMINATED: 07/22/2016*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert J. Cavanagh , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert C. Foote , III**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert M Pollaro**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Reuben Klamer**                       represented by   **Eric E. Renner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erica J. Van Loon**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nicholas Edward Huskins**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Patricia L. Glaser**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas P. Burke , Jr.**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Markham Concepts, Inc.**               represented by   **Joseph V. Cavanagh , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David A Cole**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David Nimmer**
(See above for address)
*TERMINATED: 11/16/2017*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gregory A. Markel**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kyle G Grimm**
(See above for address)
*TERMINATED: 06/09/2016*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Louis M. Solomon**
(See above for address)
*TERMINATED: 07/22/2016*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael S. Lazaroff**
(See above for address)
*TERMINATED: 07/22/2016*
*ATTORNEY TO BE NOTICED*

**Robert J. Cavanagh , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert C. Foote , III**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert M Pollaro**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mary C. Dunn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Hasbro, Inc**                              represented by    **Joseph Avanzato**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patricia K. Rocha**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brenna Anatone Force**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Courtney L Batliner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jacob W.S. Schneider**
(See above for address)
*PRO HAC VICE*

14

*ATTORNEY TO BE NOTICED*

**Joshua C. Krumholz**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**<u>Counter Defendant</u>**

**Hasbro, Inc**                                      represented by   **Joseph Avanzato**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patricia K. Rocha**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brenna Anatone Force**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Courtney L Batliner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jacob W.S. Schneider**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joshua C. Krumholz**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**<u>Counter Claimant</u>**

**Hasbro, Inc**                                      represented by   **Joseph Avanzato**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patricia K. Rocha**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brenna Anatone Force**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Courtney L Batliner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jacob W.S. Schneider**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua C. Krumholz**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Lorraine Markham**                    represented by   **David A Cole**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Nimmer**
(See above for address)
*TERMINATED: 11/16/2017*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gregory A. Markel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Louis M. Solomon**
(See above for address)
*TERMINATED: 07/22/2016*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert J. Cavanagh , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert C. Foote , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert M Pollaro**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Markham Concepts, Inc.**                    represented by   **Joseph V. Cavanagh , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David A Cole**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Nimmer**
(See above for address)
*TERMINATED: 11/16/2017*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gregory A. Markel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kyle G Grimm**
(See above for address)
*TERMINATED: 06/09/2016*
*ATTORNEY TO BE NOTICED*

**Louis M. Solomon**
(See above for address)
*TERMINATED: 07/22/2016*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael S. Lazaroff**
(See above for address)
*TERMINATED: 07/22/2016*
*ATTORNEY TO BE NOTICED*

**Robert J. Cavanagh , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert C. Foote , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert M Pollaro**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mary C. Dunn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

| | | |
|---|---|---|
| **Reuben Klamer** | represented by | **Brittany Elias** |

       (See above for address)
       *LEAD ATTORNEY*
       *ATTORNEY TO BE NOTICED*

       **Eric E. Renner**
       (See above for address)
       *LEAD ATTORNEY*
       *ATTORNEY TO BE NOTICED*

       **Erica J. Van Loon**
       (See above for address)
       *PRO HAC VICE*
       *ATTORNEY TO BE NOTICED*

       **Nicholas Edward Huskins**
       (See above for address)
       *TERMINATED: 09/11/2017*
       *ATTORNEY TO BE NOTICED*

       **Patricia L. Glaser**
       (See above for address)
       *ATTORNEY TO BE NOTICED*

       **Thomas P. Burke , Jr.**
       (See above for address)
       *PRO HAC VICE*
       *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

| | | |
|---|---|---|
| **Susan Garretson** | represented by | **Mary C. Dunn** |

       (See above for address)
       *ATTORNEY TO BE NOTICED*

**Counter Defendant**

| | | |
|---|---|---|
| **Lorraine Markham** | represented by | **David A Cole** |

       (See above for address)
       *ATTORNEY TO BE NOTICED*

       **David Nimmer**
       (See above for address)
       *TERMINATED: 11/16/2017*
       *PRO HAC VICE*
       *ATTORNEY TO BE NOTICED*

       **Gregory A. Markel**
       (See above for address)

*ATTORNEY TO BE NOTICED*

**John T. Moehringer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mary C. Dunn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert J. Cavanagh , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert C. Foote , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert M Pollaro**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Louis M. Solomon**
(See above for address)
*TERMINATED: 07/22/2016*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Markham Concepts, Inc.**                represented by   **Joseph V. Cavanagh , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David A Cole**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Nimmer**
(See above for address)
*TERMINATED: 11/16/2017*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gregory A. Markel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John T. Moehringer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kyle G Grimm**
(See above for address)
*TERMINATED: 06/09/2016*
*ATTORNEY TO BE NOTICED*

**Louis M. Solomon**
(See above for address)
*TERMINATED: 07/22/2016*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael S. Lazaroff**
(See above for address)
*TERMINATED: 07/22/2016*
*ATTORNEY TO BE NOTICED*

**Robert J. Cavanagh , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert C. Foote , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert M Pollaro**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mary C. Dunn**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 10/02/2015 | 1 | | COMPLAINT ( filing fee paid $ 400.00, receipt number 0103−891096 ), filed by Markham Concepts, Inc.. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C)(Dunn, Mary) (Entered: 10/02/2015) |
| 10/02/2015 | 2 | | MOTION for Kyle G. Grimm to Appear Pro Hac Vice ( filing fee paid $ 50.00, receipt number 0103−891107 ) filed by Markham Concepts, Inc.. (Dunn, Mary) (Entered: 10/02/2015) |
| 10/02/2015 | 3 | | MOTION for Louis M. Solomon to Appear Pro Hac Vice ( filing fee paid $ 50.00, receipt number 0103−891111 ) filed by Markham Concepts, Inc.. (Dunn, Mary) (Entered: 10/02/2015) |
| 10/02/2015 | 4 | | Corporate Disclosure Statement by Markham Concepts, Inc.. (Dunn, Mary) (Entered: 10/02/2015) |
| 10/02/2015 | | | Case assigned to Chief Judge William E. Smith and Magistrate Judge Patricia A. Sullivan. (Melendez, Filipa) (Entered: 10/02/2015) |
| 10/02/2015 | 5 | | |

| | | | |
|---|---|---|---|
| | | | MOTION for Temporary Restraining Order *and Preliminary Injuction* filed by Markham Concepts, Inc.. (Attachments: # 1 Supporting Memorandum, # 2 Supplement, # 3 Supplement, # 4 Exhibit 1, # 5 Exhibit 2, # 6 Exhibit 3, # 7 Exhibit 4, # 8 Exhibit 5, # 9 Exhibit 6, # 10 Exhibit 7, # 11 Exhibit 8, # 12 Exhibit 9, # 13 Exhibit 10, # 14 Exhibit 11, # 15 Exhibit 12, # 16 Exhibit 13, # 17 Exhibit 14, # 18 Exhibit 15, # 19 Exhibit 16, # 20 Exhibit 17)(Dunn, Mary) (Entered: 10/02/2015) |
| 10/05/2015 | | | NOTICE of Hearing: In Chambers Conference re: 5 MOTION for Temporary Restraining Order and Preliminary Injuction filed by Markham Concepts, Inc. *scheduled for 10/9/2015 at 10:30 AM in Chambers* before Chief Judge William E. Smith. (Jackson, Ryan) (Entered: 10/05/2015) |
| 10/06/2015 | 6 | | Summons Request filed by Markham Concepts, Inc.. (Dunn, Mary) (Entered: 10/06/2015) |
| 10/06/2015 | 7 | | Summons Issued as to Hasbro, Inc. (Urizandi, Nisshy) (Entered: 10/06/2015) |
| 10/07/2015 | 8 | | SUMMONS Returned Executed by Markham Concepts, Inc.. Hasbro, Inc. served on 10/6/2015, answer due 10/27/2015. (Dunn, Mary) (Entered: 10/07/2015) |
| 10/09/2015 | 9 | | MOTION to Intervene *and Stay Plaintiff's Motion and All Further Proceedings in this Matter Pending the Outcome of Arbitration* filed by Reuben Klamer. Responses due by 10/26/2015 (Attachments: # 1 Memorandum of Law in Support of Motion to Intervene and Stay Plaintiff's Motion and All Further Proceedings in this Matter Pending the Outcome of Arbitration, # 2 Declaration of Erica Van Loon in Support of Reuben Klamer's Motion to Intervene and Stay Plaintiff's Motion and All Further Proceedings in this Matter Pending the Outcome of Arbitration)(Renner, Eric) (Entered: 10/09/2015) |
| 10/09/2015 | 10 | | NOTICE of Appearance by Eric E. Renner on behalf of Reuben Klamer (Renner, Eric) (Entered: 10/09/2015) |
| 10/09/2015 | 11 | | MOTION for Erica Van Loon to Appear Pro Hac Vice ( filing fee paid $ 50.00, receipt number 0103−895276 ) filed by Reuben Klamer. (Renner, Eric) (Entered: 10/09/2015) |
| 10/09/2015 | | | HEARING CANCELLED re: Notice of In Chambers Conference re: 5 MOTION for Temporary Restraining Order and Preliminary Injuction filed by Markham Concepts, Inc. previously scheduled for 10/9/2015 at 10:30 AM in Chambers before Chief Judge William E. Smith is hereby POSTPONED until further notice of the Court, as per the request of the Plaintiff (Jackson, Ryan) (Entered: 10/09/2015) |
| 10/09/2015 | 12 | | NOTICE of Appearance by Patricia K. Rocha on behalf of Hasbro, Inc. (Rocha, Patricia) (Entered: 10/09/2015) |
| 10/09/2015 | 13 | | NOTICE of Appearance by Joseph Avanzato on behalf of Hasbro, Inc. (Avanzato, Joseph) (Entered: 10/09/2015) |
| 10/14/2015 | | | Reset Hearings re: Notice of Hearing/In Chambers Conference re: 5 MOTION for Temporary Restraining Order and Preliminary Injuction *RE−SCHEDULED for 10/21/2015 at 11:00 AM in Chambers* before Chief Judge William E. Smith. (Jackson, Ryan) (Entered: 10/14/2015) |

| 10/15/2015 | 14 | | AMENDED COMPLAINT against Hasbro, Inc., Reuben Klamer, filed by Markham Concepts, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Certificate of Service)(Dunn, Mary) (Entered: 10/15/2015) |
|---|---|---|---|
| 10/15/2015 | 15 | | RESPONSE in Opposition re 9 MOTION to Intervene *and Stay Plaintiff's Motion and All Further Proceedings in this Matter Pending the Outcome of Arbitration* filed by Markham Concepts, Inc.. Replies due by 10/26/2015. (Attachments: # 1 Declaration of Alan B. Pick, # 2 Declaration of Louis Solomon, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9, # 12 Exhibit 10, # 13 Exhibit 11, # 14 Exhibit 12, # 15 Exhibit 13, # 16 Exhibit 14, # 17 Exhibit 15, # 18 Certificate of Service)(Dunn, Mary) (Entered: 10/15/2015) |
| 10/16/2015 | 16 | | Summons Request filed by Markham Concepts, Inc.. (Dunn, Mary) (Entered: 10/16/2015) |
| 10/16/2015 | 17 | | MOTION for an Extension of Time to File Response/Reply as to 5 MOTION for Temporary Restraining Order *and Preliminary Injuction* filed by Hasbro, Inc.. Responses due by 11/2/2015 (Attachments: # 1 Exhibit Link Settlement Agreement, # 2 Exhibit Milton Bradley Settlement Agreement, # 3 Exhibit 9–27–15 Letter, # 4 Exhibit 9–30–15 Letter)(Rocha, Patricia) (Entered: 10/16/2015) |
| 10/19/2015 | 18 | | Summons Issued as to Hasbro, Inc. (Urizandi, Nisshy) (Entered: 10/19/2015) |
| 10/19/2015 | 19 | | RESPONSE in Opposition re 17 MOTION for an Extension of Time to File Response/Reply as to 5 MOTION for Temporary Restraining Order *and Preliminary Injuction* filed by Markham Concepts, Inc.. Replies due by 10/29/2015. (Dunn, Mary) (Entered: 10/19/2015) |
| 10/20/2015 | 20 | | REPLY MEMORANDUM re 9 MOTION to Intervene *and Stay Plaintiff's Motion and All Further Proceedings in this Matter Pending the Outcome of Arbitration* . (Renner, Eric) (Entered: 10/20/2015) |
| 10/21/2015 | 21 | | MOTION for Michael S. Lazaroff to Appear Pro Hac Vice ( filing fee paid $ 50.00, receipt number 0103–902258 ) filed by Markham Concepts, Inc.. (Dunn, Mary) (Entered: 10/21/2015) |
| 10/21/2015 | | | Minute Entry for proceedings held before Chief Judge William E. Smith: In Chambers Conference held on 10/21/2015; counsel present: M. Dunn, M. Lazaroff, K. Grimm, L. Solomon; J. Avanzato, P. Rocha; E. Renner, E. Van Loon (via teleconference). (Jackson, Ryan) (Entered: 10/21/2015) |
| 10/21/2015 | | | TEXT ORDER finding as moot 5 Motion for TRO; finding as moot 17 Motion for Extension of Time to File Response/Reply. So Ordered by Chief Judge William E. Smith on 10/21/2015. (Jackson, Ryan) (Entered: 10/21/2015) |
| 10/21/2015 | | | TEXT ORDER granting 21 Motion to Appear Pro Hac Vice of Michael S. Lazaroff; granting 2 Motion to Appear Pro Hac Vice of Kyle G. Grimm ; granting 3 Motion to Appear Pro Hac Vice of Louis M. Solomon. So Ordered by Chief Judge William E. Smith on 10/21/15. (Jackson, Ryan) (Entered: 10/21/2015) |
| 10/21/2015 | | | TEXT ORDER granting 11 Motion to Appear Pro Hac Vice of Erica J. Van Loon. So Ordered by Chief Judge William E. Smith on 10/21/15. (Jackson, |

| | | | |
|---|---|---|---|
| | | | Ryan) (Entered: 10/21/2015) |
| 10/21/2015 | 22 | | TRANSCRIPT ORDER for proceedings held on 10/21/2015 before Judge Smith.. (Rocha, Patricia) (Entered: 10/21/2015) |
| 10/23/2015 | 23 | | TRANSCRIPT of Chambers Conference held on October 21, 2015, before Chief Judge William E. Smith. Court Reporter Anne M. Clayton, Telephone number 401–255–2310. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. **NOTICE TO COUNSEL: Redaction Requests must be filed for personal identifiers only. All other redactions must be requested by motion. For local policy and sample redaction request visit our website at www.rid.uscourts.gov and select Transcripts under the Case Information menu option.** Redaction Request due 11/13/2015. Redacted Transcript Deadline set for 11/23/2015. Release of Transcript Restriction set for 1/21/2016. (Clayton, Anne) (Entered: 10/23/2015) |
| 10/27/2015 | 24 | | NOTICE by Reuben Klamer re 9 MOTION to Intervene *and Stay Plaintiff's Motion and All Further Proceedings in this Matter Pending the Outcome of Arbitration* (Renner, Eric) (Entered: 10/27/2015) |
| 10/30/2015 | | | NOTICE of Hearing: Status/Scheduling Conference *scheduled for 11/12/2015 at 10:30 AM (EST) in Chambers* before Chief Judge William E. Smith. (Jackson, Ryan) (Entered: 10/30/2015) |
| 11/02/2015 | 25 | | STIPULATION re 14 Amended Complaint *Enlarging Time To Answer Or Otherwise Respond* by Hasbro, Inc.. (Rocha, Patricia) (Entered: 11/02/2015) |
| 11/05/2015 | 26 | | RULE 16 STATEMENT by Markham Concepts, Inc.. (Dunn, Mary) (Main Document 26 replaced on 11/5/2015) (Jackson, Ryan). (Entered: 11/05/2015) |
| 11/12/2015 | | | Minute Entry for proceedings held before Chief Judge William E. Smith: Status Conference held on 11/12/2015; counsel present: M. Dunn, L. Solomon, K. Grimm, M. Lazaroff; J. Avanzato, P. Rocha; E. Renner; E. Van Loon via teleconference. (Jackson, Ryan) (Entered: 11/12/2015) |
| 11/12/2015 | | | TEXT ORDER: Hasbro's answer or responsive pleading due on or before 12/18/15; Markham's objection due on or before 1/4/16; and reply due on or before 1/11/16. So Ordered by Chief Judge William E. Smith on 11/12/2015. (Jackson, Ryan) (Entered: 11/12/2015) |
| 11/12/2015 | 27 | | ANSWER to 14 Amended Complaint , COUNTERCLAIM against Markham Concepts, Inc. by Reuben Klamer. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Renner, Eric) (Entered: 11/12/2015) |
| 11/12/2015 | 28 | | Summons Request filed by Reuben Klamer. (Renner, Eric) (Entered: 11/12/2015) |
| 11/16/2015 | | | **NOTICE of Hearing**:Preliminary Settlement Conference set for **1/21/2016 02:00 PM** in Magistrate Judge Sullivan Chambers – Room P–285 before Magistrate Judge Patricia A. Sullivan. (Saucier, Martha) (Entered: 11/16/2015) |
| 11/23/2015 | 29 | | Summons Issued as to Lorraine Markham. (Urizandi, Nisshy) (Entered: 11/23/2015) |

| | | | |
|---|---|---|---|
| 11/23/2015 | | | TEXT ORDER: TEXT ORDER: Markham Concepts, Inc.'s answer or responsive pleading to Klamer's counterclaim is due on or before 12/18/15; Klamer's objection due on or before 1/4/16; and reply due on or before 1/11/16. So Ordered by Chief Judge William E. Smith on 11/23/2015. (Jackson, Ryan) (Entered: 11/23/2015) |
| 11/30/2015 | 30 | | MOTION to Amend/Correct *Plaintiffs' Motion for Leave to File an Amended Complaint;* filed by Lorraine Markham, Markham Concepts, Inc.. Responses due by 12/17/2015 (Attachments: # 1 The Markham Parties' Memorandum of Law in Support of Their Motion for Leave to File an Amended Complaint, # 2 Declaration of Louis M. Solomon, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9)(Solomon, Louis) (Entered: 11/30/2015) |
| 12/11/2015 | 31 | | RESPONSE in Opposition re 30 MOTION to Amend/Correct *Plaintiffs' Motion for Leave to File an Amended Complaint;* filed by Reuben Klamer. Replies due by 12/21/2015. (Renner, Eric) (Entered: 12/11/2015) |
| 12/17/2015 | 32 | | NOTICE by Reuben Klamer re 9 MOTION to Intervene *and Stay Plaintiff's Motion and All Further Proceedings in this Matter Pending the Outcome of Arbitration (Notice of Withdrawal)* (Renner, Eric) (Entered: 12/17/2015) |
| 12/18/2015 | 33 | | MOTION for an Extension of Time to File Answer re 14 Amended Complaint filed by Hasbro, Inc.. Responses due by 1/4/2016 (Rocha, Patricia) (Entered: 12/18/2015) |
| 12/18/2015 | 34 | | ANSWER to Complaint *[Answer to Second Amended Complaint and Counterclaim]*, COUNTERCLAIM *[Against Markham Parties]* against Hasbro, Inc. by Hasbro, Inc..(Rocha, Patricia) (Entered: 12/18/2015) |
| 12/18/2015 | 35 | | MOTION for Joshua C. Krumholz to Appear Pro Hac Vice ( filing fee paid $ 50.00, receipt number 0103−924541 ) filed by Hasbro, Inc.. (Rocha, Patricia) (Entered: 12/18/2015) |
| 12/18/2015 | 36 | | MOTION for Courtney L. Batliner to Appear Pro Hac Vice ( filing fee paid $ 50.00, receipt number 0103−924543 ) filed by Hasbro, Inc.. (Rocha, Patricia) (Entered: 12/18/2015) |
| 12/18/2015 | 37 | | MOTION for Judgment on the Pleadings *Counter−Claim Defendants' Motion for Judgment of the Pleadings and/or to Dismiss Certain of Klamer's Counterclaims and to Strike Certain Affirmative Defenses;* filed by Lorraine Markham, Markham Concepts, Inc.. Responses due by 1/4/2016 (Attachments: # 1 Memorandum of Law, # 2 Declaration of Louis M. Solomon, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9, # 12 Exhibit 10, # 13 Exhibit 11, # 14 Exhibit 12, # 15 Exhibit 13)(Solomon, Louis) (Entered: 12/18/2015) |
| 12/21/2015 | 38 | | REPLY to Response to Motion re 31 Response in Opposition to Motion *The Markham Parties' Reply Memorandum of Law in Further Support of the Markham Parties' Motion for Leave to File an Amended Complaint;* filed by Lorraine Markham, Markham Concepts, Inc.. (Attachments: # 1 Declaration of Louis M. Solomon, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3)(Solomon, Louis) (Entered: 12/21/2015) |
| 12/22/2015 | | | |

| | | | |
|---|---|---|---|
| | | | NOTICE of Hearing re: <u>30</u> MOTION to Amend/Correct */ Plaintiffs' Motion for Leave to File an Amended Complaint;*, and <u>33</u> MOTION for an Extension of Time to File Answer re <u>14</u> Amended Complaint: Motion Hearing **scheduled for 1/21/2016 at 11:00 AM in Courtroom 2** before Chief Judge William E. Smith; immediately following the hearing the Court will hold an in chambers conference re: scheduling. (Jackson, Ryan) (Entered: 12/22/2015) |
| 01/11/2016 | <u>39</u> | | RESPONSE in Opposition re <u>37</u> MOTION for Judgment on the Pleadings */ Counter−Claim Defendants' Motion for Judgment of the Pleadings and/or to Dismiss Certain of Klamer's Counterclaims and to Strike Certain Affirmative Defenses;* filed by Reuben Klamer. Replies due by 1/21/2016. (Attachments: # <u>1</u> Affidavit Declaration of Erica J. Van Loon)(Renner, Eric) (Entered: 01/11/2016) |
| 01/11/2016 | <u>40</u> | | Reply to Counterclaim */ Counterclaim Defendants Markham Concepts, Inc. and Lorraine Markham's Answer to Counterclaim Plaintiff Hasbro, Inc.'s Answer and Counterclaim;* by Lorraine Markham, Markham Concepts, Inc.. (Attachments: # <u>1</u> Exhibit A)(Solomon, Louis) (Entered: 01/11/2016) |
| 01/12/2016 | <u>41</u> | | NOTICE of Appearance by Robert J. Cavanagh, Jr on behalf of Markham Concepts, Inc. (Cavanagh, Robert) (Entered: 01/12/2016) |
| 01/13/2016 | | | TEXT ORDER granting <u>35</u> Motion to Appear Pro Hac Vice of Joshua C. Krumholz; granting <u>36</u> Motion to Appear Pro Hac Vice of Courtney L Batliner. So Ordered by Chief Judge William E. Smith on 1/13/16. (Jackson, Ryan) (Entered: 01/13/2016) |
| 01/15/2016 | | | TEXT ORDER granting <u>30</u> Motion to Amend/Correct; finding as moot <u>33</u> Motion for Extension of Time to Answer. So Ordered by Chief Judge William E. Smith on 1/15/16. (Jackson, Ryan) (Entered: 01/15/2016) |
| 01/15/2016 | | | Reset Hearings re: Notice of Hearing on <u>30</u> MOTION to Amend/Correct / Plaintiffs' Motion for Leave to File an Amended Complaint; and <u>33</u> MOTION for an Extension of Time to File Answer is hereby CONVERTED to an In Chambers Conference **scheduled for *1/21/2016 at 11:00 AM* in Chambers** before Chief Judge William E. Smith. (Jackson, Ryan) (Entered: 01/15/2016) |
| 01/19/2016 | <u>42</u> | | REPLY to Response to Motion re <u>39</u> Response in Opposition to Motion, */ Counter−Claim Defendants' Reply Memorandum of Law in Further Support of Motion for Judgment on the Pleadings and/or to Dismiss Certain of Klamer's Counterclaims and to Strike Certain Affirmative Defenses;* filed by Lorraine Markham, Markham Concepts, Inc.. (Attachments: # <u>1</u> Declaration of Louis M. Solomon, # <u>2</u> Exhibit 1, # <u>3</u> Exhibit 2, # <u>4</u> Exhibit 3)(Solomon, Louis) (Entered: 01/19/2016) |
| 01/20/2016 | <u>43</u> | | AMENDED COMPLAINT */Second Amended Complaint* against All Defendants, filed by Markham Concepts, Inc., Lorraine Markham. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B, # <u>3</u> Exhibit C, # <u>4</u> Exhibit D)(Solomon, Louis) (Entered: 01/20/2016) |
| 01/21/2016 | | | Minute Entry for proceedings held before Chief Judge William E. Smith: In Chambers Conference held on 1/21/2016; counsel present: L. Solomon, M. Lazeroff, M. Dunn, K. Grimm; P. Rocha, J. Krumholz; E. Renner, E. Van Loon (Jackson, Ryan) (Entered: 01/21/2016) |

| 01/21/2016 | | | Minute Entry for proceedings held before Magistrate Judge Patricia A. Sullivan: Settlement Conference held on 1/21/2016. (Chambers at 12:00.) (Saucier, Martha) (Entered: 01/21/2016) |
|---|---|---|---|
| 01/21/2016 | 44 | | NOTICE of SETTLEMENT CONFERENCE and SETTLEMENT CONFERENCE ORDER: Settlement Conference set for **2/29/2016 10:30 AM** in Magistrate Judge Sullivan Chambers – Room P–285 before Magistrate Judge Patricia A. Sullivan. (Saucier, Martha) (Entered: 01/21/2016) |
| 01/22/2016 | 45 | | PRETRIAL SCHEDULING ORDER: Factual discovery due by 6/29/2016. Party with the burden of proof shall make its expert witness disclosures by 7/29/2016; opposing party shall make its expert witness disclosures by 8/29/2016; expert discovery closes 9/29/2016. Dispositive motions due by 9/29/2016. Pretrial Memoranda due 30 days after a decision on any dispositive motion or, if no dispositive motions are filed, by 10/14/2016. So Ordered by Chief Judge William E. Smith on 1/22/2016. (Marseglia, Patricia) (Entered: 01/22/2016) |
| 01/22/2016 | 46 | | Summons Request filed by Lorraine Markham, Markham Concepts, Inc.. (Attachments: # 1 Dawn Linkletter Griffin Summons. Dennis Linkletter Summons, # 2 Ida Mae Atkins Summons, # 3 Laura Linkletter Rich Summons, # 4 Michael Linkletter Summons, # 5 Sharon Linkletter Summons)(Solomon, Louis) (Entered: 01/22/2016) |
| 01/26/2016 | 47 | | Summons Issued as to Ida Mae Atkins, Dawn Linkletter Griffin, Dennis Linkletter, Michael Linkletter, Sharon Linkletter, Laura Linkletter Rich. (Urizandi, Nisshy) (Entered: 01/26/2016) |
| 02/03/2016 | 48 | | MOTION for Leave to File Document With Supporting Memo filed by Reuben Klamer. Responses due by 2/22/2016 (Attachments: # 1 Exhibit A, # 2 Declaration of Erica J. Van Loon)(Renner, Eric) (Entered: 02/03/2016) |
| 02/03/2016 | 49 | | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *as to Plaintiffs' Second Amended Complaint, or in the Alternative, to Transfer This Action to the United States District Court for the Central District of California* With Supporting Memo filed by Reuben Klamer. Responses due by 2/22/2016 (Attachments: # 1 Declaration of Erica J. Van Loon (with exhibits), # 2 Declaration of Reuben Klamer (with exhibits), # 3 Declaration of Leonard Israel, # 4 Declaration of Grace Falco Chambers)(Renner, Eric) (Entered: 02/03/2016) |
| 02/05/2016 | | | TEXT ORDER granting 48 Motion for Leave to File. So Ordered by Chief Judge William E. Smith on 2/5/2016. (Urizandi, Nisshy) (Entered: 02/05/2016) |
| 02/10/2016 | 50 | | SUR–REPLY to Reply to Motion Response re 42 Reply to Response to Motion, *of Plaintiff and Counterclaim Defendants for Judgment on the Pleadings and/or to Dismiss Certain of Klamer's Counterclaims and to Strike Certain Affirmative Defenses* filed by Reuben Klamer. (Attachments: # 1 Declaration of Erica J. Van Loon)(Renner, Eric) (Entered: 02/10/2016) |
| 02/11/2016 | 51 | | NOTICE of Appearance by Brenna Anatone Force on behalf of Hasbro, Inc. (Force, Brenna) (Entered: 02/11/2016) |
| 02/22/2016 | 52 | | RESPONSE in Opposition re 49 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *as to Plaintiffs' Second Amended Complaint, or in the* |

| | | |
|---|---|---|
| | | *Alternative, to Transfer This Action to the United States District Court for the Central District of California* filed by Lorraine Markham, Markham Concepts, Inc.. Replies due by 3/3/2016. (Attachments: # 1 Declaration of Louis M. Solomon, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11)(Solomon, Louis) Modified on 3/1/2016 The document is illegible, incomplete or the wrong PDF is attached. <span style="color:red">The filer has to re–filed the document as ECF #53.</span> (Urizandi, Nisshy). (Entered: 02/22/2016) |
| 02/22/2016 | 53 | RESPONSE in Opposition re 49 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *as to Plaintiffs' Second Amended Complaint, or in the Alternative, to Transfer This Action to the United States District Court for the Central District of California* filed by Lorraine Markham, Markham Concepts, Inc.. Replies due by 3/3/2016. (Attachments: # 1 Declaration of Louis M. Solomon, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11)(Solomon, Louis) (Entered: 02/22/2016) |
| 02/23/2016 | 54 | SUMMONS Returned Executed by Lorraine Markham, Markham Concepts, Inc.. Dawn Linkletter Griffin served on 2/13/2016, answer due 3/7/2016. (Solomon, Louis) (Entered: 02/23/2016) |
| 02/23/2016 | 55 | SUMMONS Returned Executed by Lorraine Markham, Markham Concepts, Inc.. Laura Linkletter Rich served on 2/16/2016, answer due 3/8/2016. (Solomon, Louis) (Entered: 02/23/2016) |
| 02/23/2016 | 56 | SUMMONS Returned Executed by Lorraine Markham, Markham Concepts, Inc.. Michael Linkletter served on 2/12/2016, answer due 3/4/2016. (Solomon, Louis) (Entered: 02/23/2016) |
| 02/23/2016 | 57 | SUMMONS Returned Executed by Lorraine Markham, Markham Concepts, Inc.. Sharon Linkletter served on 2/12/2016, answer due 3/4/2016. (Solomon, Louis) (Entered: 02/23/2016) |
| 02/29/2016 | | Minute Entry for proceedings held before Magistrate Judge Patricia A. Sullivan: Settlement Conference held on 2/29/2016. (Chambers at 10:30.) (Saucier, Martha) (Entered: 02/29/2016) |
| 03/01/2016 | | **NOTICE of Hearing**: Telephone Conference set for **3/1/2016 04:45 PM** in Magistrate Judge Sullivan Chambers – Room P–285 before Magistrate Judge Patricia A. Sullivan with counsel for Defendant Klamer only. Court to initiate the call.(Saucier, Martha) (Entered: 03/01/2016) |
| 03/01/2016 | | **NOTICE of Hearing**: Telephone Conference set for **3/2/2016 02:00 PM** in Magistrate Judge Sullivan Chambers – Room P–285 before Magistrate Judge Patricia A. Sullivan with counsel for Plaintiff Markham and Markham Concepts only. Court to initiate the call.(Saucier, Martha) (Entered: 03/01/2016) |
| 03/01/2016 | | Minute Entry for proceedings held before Magistrate Judge Patricia A. Sullivan: Telephone Conference held on 3/1/2016 with Attorney Erica Van Loon. (Chambers at 4:45.) (Saucier, Martha) (Entered: 03/02/2016) |
| 03/02/2016 | | Minute Entry for proceedings held before Magistrate Judge Patricia A. Sullivan: Telephone Conference held on 3/2/2016 with Attorneys Solomon, |

| | | | |
|---|---|---|---|
| | | | Lazaroff, Grimm, Norden, Cavanaugh, Jr. and, White. (Chambers at 2:00.) (Saucier, Martha) (Entered: 03/02/2016) |
| 03/03/2016 | | | **NOTICE of Hearing**: Telephone Conference set for **3/4/2016 02:00 PM** in Magistrate Judge Sullivan Chambers – Room P–285 before Magistrate Judge Patricia A. Sullivan Counsel for Defendant Hasbro Inc. only. Court to initiate the call.(Saucier, Martha) (Entered: 03/03/2016) |
| 03/03/2016 | | | **AMENDED** NOTICE of Hearing: Telephone Conference set for **3/4/2016 03:00 PM** in Magistrate Judge Sullivan Chambers – Room P–285 before Magistrate Judge Patricia A. Sullivan Counsel for Defendant Hasbro Inc. only. Court to initiate the call. Please Note Time Change Only.(Saucier, Martha) (Entered: 03/03/2016) |
| 03/03/2016 | 58 | | REPLY to Response to Motion re 53 Response in Opposition to Motion,, *to Dismiss the Second Amended Complaint, or in the Alternative, to Transfer to the Central District of California,* filed by Reuben Klamer. (Attachments: # 1 Declaration of Erica J. Van Loon, # 2 Declaration of Reuben Klamer)(Renner, Eric) (Entered: 03/03/2016) |
| 03/04/2016 | 59 | | NOTICE of Appearance by Christine K. Bush on behalf of Dawn Linkletter Griffin, Michael Linkletter, Sharon Linkletter, Laura Linkletter Rich (Bush, Christine) (Entered: 03/04/2016) |
| 03/04/2016 | 60 | | NOTICE of Appearance by Ryan M. Gainor on behalf of Dawn Linkletter Griffin, Michael Linkletter, Sharon Linkletter, Laura Linkletter Rich (Gainor, Ryan) (Entered: 03/04/2016) |
| 03/04/2016 | 61 | | MOTION for Mitchell N. Reinis to Appear Pro Hac Vice ( filing fee paid $ 50.00, receipt number 0103–946704 ) filed by Dawn Linkletter Griffin, Michael Linkletter, Sharon Linkletter, Laura Linkletter Rich. (Gainor, Ryan) (Entered: 03/04/2016) |
| 03/04/2016 | 62 | | MOTION to Dismiss , MOTION to Dismiss for Lack of Jurisdiction WITH SUPPORTING MEMO filed by Dawn Linkletter Griffin, Michael Linkletter, Sharon Linkletter, Laura Linkletter Rich. Responses due by 3/21/2016 (Attachments: # 1 Supporting Memorandum)(Gainor, Ryan) (Entered: 03/04/2016) |
| 03/04/2016 | 63 | | DECLARATION re 62 MOTION to Dismiss MOTION to Dismiss for Lack of Jurisdiction by Dawn Linkletter Griffin, Michael Linkletter, Sharon Linkletter, Laura Linkletter Rich. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Gainor, Ryan) (Entered: 03/04/2016) |
| 03/04/2016 | 64 | | DECLARATION re 62 MOTION to Dismiss MOTION to Dismiss for Lack of Jurisdiction by Dawn Linkletter Griffin, Michael Linkletter, Sharon Linkletter, Laura Linkletter Rich. (Gainor, Ryan) (Entered: 03/04/2016) |
| 03/04/2016 | 65 | | DECLARATION re 62 MOTION to Dismiss MOTION to Dismiss for Lack of Jurisdiction by Dawn Linkletter Griffin, Michael Linkletter, Sharon Linkletter, Laura Linkletter Rich. (Gainor, Ryan) (Entered: 03/04/2016) |
| 03/04/2016 | 66 | | DECLARATION re 62 MOTION to Dismiss MOTION to Dismiss for Lack of Jurisdiction by Dawn Linkletter Griffin, Michael Linkletter, Sharon Linkletter, Laura Linkletter Rich. (Gainor, Ryan) (Entered: 03/04/2016) |

| 03/04/2016 | 67 | | DECLARATION re 62 MOTION to Dismiss MOTION to Dismiss for Lack of Jurisdiction by Dawn Linkletter Griffin, Michael Linkletter, Sharon Linkletter, Laura Linkletter Rich. (Gainor, Ryan) (Entered: 03/04/2016) |
|---|---|---|---|
| 03/04/2016 | | | Minute Entry for proceedings held before Magistrate Judge Patricia A. Sullivan: Telephone Conference held on 3/4/2016. (Chambers at 3:00.) (Saucier, Martha) (Entered: 03/04/2016) |
| 03/04/2016 | | | **NOTICE of Hearing**: Telephone Conference set for **3/7/2016 03:00 PM** in Magistrate Judge Sullivan Chambers – Room P–285 before Magistrate Judge Patricia A. Sullivan with Plaintiffs' counsel only. Court to initiate the call.(Saucier, Martha) (Entered: 03/04/2016) |
| 03/07/2016 | | | Minute Entry for proceedings held before Magistrate Judge Patricia A. Sullivan: Telephone Conference held on 3/7/2016 with Attorneys Solomon, Lazaroff, Grimm, Norden. (Chambers at 3:00.) (Saucier, Martha) (Entered: 03/07/2016) |
| 03/07/2016 | | | **NOTICE of Hearing**: Telephone Conference set for **3/7/2016 05:00 PM** in Courtroom B before Magistrate Judge Patricia A. Sullivan with Attorney Christine Bush only. Court to initiate the call.(Saucier, Martha) (Entered: 03/07/2016) |
| 03/07/2016 | | | Minute Entry for proceedings held before Magistrate Judge Patricia A. Sullivan: Telephone Conference held on 3/7/2016 Attorneys Christine Bush and Mitchell Reinis. (Chambers at 5:00.) (Saucier, Martha) (Entered: 03/08/2016) |
| 03/08/2016 | | | **NOTICE of Hearing**: TELEPHONIC Status Conference set for **5/16/2016 09:30 AM** in Magistrate Judge Sullivan Chambers – Room P–285 before Magistrate Judge Patricia A. Sullivan with all counsel of record. Court to initiate the call. (Saucier, Martha) (Entered: 03/08/2016) |
| 03/08/2016 | 68 | | MOTION for Jacob W.S. Schneider to Appear Pro Hac Vice ( filing fee paid $ 50.00, receipt number 0103–947601 ) filed by Hasbro, Inc.. (Rocha, Patricia) (Entered: 03/08/2016) |
| 03/10/2016 | 69 | | MOTION for Leave to File Document */Markham Parties' Motion for Leave to File a Surreply to Defendant Klamer's Reply in Further Support of Motion to Dismiss, or in the Alternative, To Transfer* filed by All Plaintiffs. Responses due by 3/28/2016 (Attachments: # 1 Declaration of Louis M. Solomon, # 2 Exhibit 1– Proposed Surreply, # 3 Exhibit 2– Excerpts of Lorraine Markham's Responses and Objections to Klamer's First Set of Document Requests, # 4 Exhibit 3– Excerpts of Markham Concepts' Responses and Objections to Klamer's First Set of Document Requests)(Solomon, Louis) (Entered: 03/10/2016) |
| 03/17/2016 | | | TEXT ORDER granting 69 Motion for Leave to File a Surreply to Defendant Klamer's Reply in Support of 49 Motion to Dismiss. So Ordered by Chief Judge William E. Smith on 3/17/2016. (Jackson, Ryan) (Entered: 03/17/2016) |
| 03/18/2016 | 70 | | MOTION for Nicholas Edward Huskins to Appear Pro Hac Vice ( filing fee paid $ 50.00, receipt number 0103–951013 ) filed by Reuben Klamer. (Renner, Eric) (Entered: 03/18/2016) |
| 03/18/2016 | 71 | | |

| | | | RESPONSE in Opposition re <u>49</u> MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *as to Plaintiffs' Second Amended Complaint, or in the Alternative, to Transfer This Action to the United States District Court for the Central District of California* filed by Markham Concepts, Inc.. Replies due by 3/28/2016. (Attachments: # <u>1</u> Exhibit Declaration of Kyle G. Grimm)(Cavanagh, Joseph) (Entered: 03/18/2016) |
|---|---|---|---|
| 03/21/2016 | <u>72</u> | | RESPONSE in Opposition re <u>62</u> MOTION to Dismiss MOTION to Dismiss for Lack of Jurisdiction filed by Lorraine Markham, Markham Concepts, Inc.. Replies due by 3/31/2016. (Attachments: # <u>1</u> Affidavit, # <u>2</u> Exhibit 1, # <u>3</u> Exhibit 2, # <u>4</u> Exhibit 3, # <u>5</u> Exhibit 4, # <u>6</u> Exhibit 5, # <u>7</u> Exhibit 6, # <u>8</u> Exhibit 7, # <u>9</u> Exhibit 8, # <u>10</u> Exhibit 9, # <u>11</u> Exhibit 10, # <u>12</u> Exhibit 11, # <u>13</u> Exhibit 12, # <u>14</u> Exhibit 13, # <u>15</u> Exhibit 14, # <u>16</u> Exhibit 15, # <u>17</u> Exhibit 16, # <u>18</u> Exhibit 17, # <u>19</u> Exhibit 18, # <u>20</u> Exhibit 19, # <u>21</u> Exhibit 20, # <u>22</u> Exhibit 21, # <u>23</u> Exhibit 22, # <u>24</u> Exhibit 23, # <u>25</u> Exhibit 24, # <u>26</u> Exhibit 25, # <u>27</u> Exhibit 26, # <u>28</u> Exhibit 27, # <u>29</u> Exhibit 28, # <u>30</u> Exhibit 29, # <u>31</u> Exhibit 30, # <u>32</u> Exhibit 31, # <u>33</u> Exhibit 32, # <u>34</u> Exhibit 33, # <u>35</u> Exhibit 34, # <u>36</u> Exhibit 35, # <u>37</u> Exhibit 36, # <u>38</u> Exhibit 37, # <u>39</u> Exhibit 38, # <u>40</u> Exhibit 39)(Cavanagh, Joseph) (Entered: 03/21/2016) |
| 03/31/2016 | <u>73</u> | | REPLY to Response to Motion re <u>72</u> Response in Opposition to Motion,,, *to Dismiss for Lack of Personal Jurisdiction and Improper Venue* filed by Dawn Linkletter Griffin, Michael Linkletter, Sharon Linkletter, Laura Linkletter Rich. (Gainor, Ryan) (Entered: 03/31/2016) |
| 04/01/2016 | | | TEXT ORDER granting <u>61</u> Motion to Appear Pro Hac Vice of Mitchell N. Reinis. So Ordered by Chief Judge William E. Smith on 4/1/2016. (Jackson, Ryan) (Entered: 04/01/2016) |
| 04/08/2016 | | | TEXT ORDER granting <u>68</u> Motion to Appear Pro Hac Vice of Jacob W.S. Schneider. So Ordered by Chief Judge William E. Smith on 4/8/2016. (Jackson, Ryan) (Entered: 04/08/2016) |
| 04/15/2016 | | | TEXT ORDER granting <u>70</u> Motion to Appear Pro Hac Vice of Nicholas Edward Huskins. So Ordered by Chief Judge William E. Smith on 4/15/2016. (Jackson, Ryan) (Entered: 04/15/2016) |
| 04/15/2016 | <u>74</u> | | Summons Issued as to Dennis Linkletter via international mail. (Farrell Pletcher, Paula) Filed date modified on 4/18/2016 (Farrell Pletcher, Paula). (Entered: 04/18/2016) |
| 04/22/2016 | <u>75</u> | | MOTION to Disqualify Counsel WITH SUPPORTING MEMO filed by Hasbro, Inc. Responses due by 5/9/2016 (Attachments: # <u>1</u> Affidavit Declaration of Barbara Finigan, # <u>2</u> Exhibit Exhibit A, # <u>3</u> Exhibit Exhibit B, # <u>4</u> Exhibit Exhibit C, # <u>5</u> Exhibit Exhibit D, # <u>6</u> Exhibit Exhibit E, # <u>7</u> Exhibit Exhibit F, # <u>8</u> Exhibit Exhibit G, # <u>9</u> Exhibit Exhibit H, # <u>10</u> Exhibit Exhibit I)(Rocha, Patricia) (Entered: 04/22/2016) |
| 05/02/2016 | | | NOTICE of Hearing on <u>75</u> MOTION to Disqualify Counsel: Motion Hearing *scheduled for Thursday 5/26/2016 at 11:00 AM in Courtroom 2* before Chief Judge William E. Smith. (Jackson, Ryan) (Entered: 05/02/2016) |
| 05/02/2016 | <u>76</u> | | NOTICE of Appearance by William M. Dolan, III on behalf of Greenberg Traurig, LLP, Louis M. Solomon, Michael S. Lazaroff (Dolan, William) (Entered: 05/02/2016) |

| 05/02/2016 | 77 | | NOTICE of Appearance by Nicholas L. Nybo on behalf of Greenberg Traurig, LLP, Michael S. Lazaroff, Louis M. Solomon (Nybo, Nicholas) (Entered: 05/02/2016) |
|---|---|---|---|
| 05/03/2016 | | | HEARING CANCELLED: TELEPHONIC Status Conference set for 5/16/2016 09:30 AM before Magistrate Judge Patricia A. Sullivan has been cancelled.(Saucier, Martha) (Entered: 05/03/2016) |
| 05/04/2016 | 78 | | Assented MOTION for an Extension of Time to Respond to Defendant Hasbro, Inc.'s Motion to Disqualify Greenberg Traurig, LLP, Louis M. Solomon and Michael S. Lazaroff filed by Greenberg Traurig, LLP, Michael S. Lazaroff, Louis M. Solomon. Responses due by 5/23/2016 (Dolan, William) (Entered: 05/04/2016) |
| 05/05/2016 | | | TEXT ORDER granting 78 Motion for Extension of Time to respond to 75 MOTION to Disqualify Counsel up to and including 5/16/16. So Ordered by Chief Judge William E. Smith on 5/5/2016. (Jackson, Ryan) (Entered: 05/05/2016) |
| 05/10/2016 | 79 | | FILED IN ERROR – STIPULATION *Extending Time for Defendant Dennis Linkletter to Respond to Second Amended Complaint and Order Thereon* by Dawn Linkletter Griffin, Dennis Linkletter, Michael Linkletter, Sharon Linkletter, Laura Linkletter Rich. (Gainor, Ryan) Modified on 5/11/2016 – The name of the ECF Filer must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. The filer is directed to re–file the document within one day. (Urizandi, Nisshy). (Entered: 05/10/2016) |
| 05/10/2016 | 80 | | STIPULATION *Extending Time for Defendant Dennis Linkletter to Respond to Second Amended Complaint and Order Thereon* by Dawn Linkletter Griffin, Dennis Linkletter, Michael Linkletter, Sharon Linkletter, Laura Linkletter Rich. (Gainor, Ryan) (Entered: 05/10/2016) |
| 05/11/2016 | 81 | | TEXT ORDER : Plaintiffs are hereby ordered to file a Motion to Stay all proceedings in the matter pending a decision on 75 MOTION to Disqualify Counsel consistent with their letter dated 5/6/16 (and attached hereto) on or before 5/13/16; once the motion is filed, Defendant Hasbro, Inc. will have one week to file their response. So Ordered by Chief Judge William E. Smith on 5/11/2016. (Jackson, Ryan) (Entered: 05/11/2016) |
| 05/13/2016 | 82 | | MOTION to Stay re 81 Order, Motion to Stay filed by All Plaintiffs. Responses due by 5/31/2016 (Attachments: # 1 Affidavit Declaration of Markham, # 2 Affidavit Declaration of Garretson, # 3 Affidavit Declaration of Grimm, # 4 Exhibit 1 to Decl. of Grimm, # 5 Exhibit 2 to Decl. of Grimm, # 6 Exhibit 3 to Decl. of Grimm, # 7 Exhibit 4 to Decl. of Grimm, # 8 Exhibit 5 to Decl. of Grimm, # 9 Exhibit 6 to Decl. of Grimm, # 10 Exhibit 7 to Decl. of Grimm)(Cavanagh, Robert) (Entered: 05/13/2016) |
| 05/16/2016 | | | UPDATED Notice of Hearing: At the motion hearing scheduled for 5/26/16, the Court will hear both 75 MOTION to Disqualify Counsel and 82 MOTION to Stay; the parties should file their written responses, if any, by Monday 5/23/16: Motion Hearing *scheduled for Thursday 5/26/2016 at 11:00 AM in Courtroom 2* before Chief Judge William E. Smith. (Jackson, Ryan) (Entered: 05/16/2016) |
| 05/16/2016 | 83 | | |

| | | | |
|---|---|---|---|
| | | | MOTION to Seal Document filed by Greenberg Traurig, LLP, Michael S. Lazaroff, Louis M. Solomon. Responses due by 6/2/2016 (Attachments: # 1 Respondent's Objection, # 2 Supporting Memorandum, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit A)(Urizandi, Nisshy) (Entered: 05/17/2016) |
| 05/18/2016 | 84 | | MOTION for Gregory Markel to Appear Pro Hac Vice ( filing fee paid $ 50.00, receipt number 0103−970593 ) filed by Lorraine Markham, Markham Concepts, Inc.. (Cavanagh, Robert) (Entered: 05/18/2016) |
| 05/18/2016 | 85 | | MOTION for Robert C. Foote III to Appear Pro Hac Vice ( filing fee paid $ 50.00, receipt number 0103−970609 ) filed by Lorraine Markham, Markham Concepts, Inc.. (Cavanagh, Robert) (Entered: 05/18/2016) |
| 05/19/2016 | | | TEXT ORDER Entering 80 Stipulation Extending Time for Defendant Dennis Linkletter to Respond to Second Amended Complaint filed by Dennis Linkletter, Laura Linkletter Rich, Dawn Linkletter Griffin, Michael Linkletter, Sharon Linkletter, Markham Concepts, Inc., and Lorraine Markham. So Ordered by Chief Judge William E. Smith on 5/19/2016. (Jackson, Ryan) (Entered: 05/19/2016) |
| 05/19/2016 | | | TEXT ORDER granting 83 Motion to Seal Document. So Ordered by Chief Judge William E. Smith on 5/19/2016. (Urizandi, Nisshy) (Entered: 05/19/2016) |
| 05/19/2016 | 86 | | RESPONSE in Opposition (UNREDACTED COPY) re 75 MOTION to Disqualify Counsel filed by Greenberg Traurig, LLP, Michael S. Lazaroff, Louis M. Solomon. Replies due by 5/31/2016. (Attachments: # 1 Supporting Memorandum, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit A)(Urizandi, Nisshy) Modified on 6/3/2016 to lift sealed restriction pursuant to the Text Order entered on 5/27/2016 granting to motion to unseal (Urizandi, Nisshy). (Entered: 05/19/2016) |
| 05/20/2016 | 87 | | MOTION to Unseal Document filed by Hasbro, Inc. (Rocha, Patricia) (Entered: 05/20/2016) |
| 05/23/2016 | 88 | | RESPONSE to Motion re 82 MOTION to Stay re 81 Order, *Reuben Klamer's Memorandum of Law in Response to the Markham Parties' Motion for a Stay of Proceedings Pending Resolution of Hasbro's Motion to Disqualify* filed by Reuben Klamer. Replies due by 6/2/2016. (Attachments: # 1 Declaration of Erica J. Van Loon)(Renner, Eric) (Entered: 05/23/2016) |
| 05/23/2016 | 89 | | RESPONSE in Opposition re 82 MOTION to Stay re 81 Order, filed by Hasbro, Inc. Replies due by 6/2/2016. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Rocha, Patricia) (Entered: 05/23/2016) |
| 05/23/2016 | 90 | | RESPONSE in Support re 75 MOTION to Disqualify Counsel filed by Hasbro, Inc. (Attachments: # 1 Exhibit 1, # 2 Declaration of Barbara Finigan, # 3 Exhibit A to Declaration)(Rocha, Patricia) (Entered: 05/23/2016) |
| 05/25/2016 | | | TEXT ORDER granting 84 Motion to Appear Pro Hac Vice of Gregory Markel; granting 85 Motion to Appear Pro Hac Vice of Robert C. Foote, III. So Ordered by Chief Judge William E. Smith on 5/25/2016. (Jackson, Ryan) (Entered: 05/25/2016) |
| 05/26/2016 | | | Minute Entry for proceedings held before Chief Judge William E. Smith: Motion Hearing held on 5/26/2016 re 75 MOTION to Disqualify Counsel filed |

| | | | |
|---|---|---|---|
| | | | by Hasbro, Inc, 82 MOTION to Stay re 81 Order, filed by Lorraine Markham, Markham Concepts, Inc. (Rocha, Dolan) Court addresses. Arguments heard. Court questions. Court takes matter under advisement and will issue a written ruling. Recess. (Court Reporter Anne Clayton in Courtroom 2 at 11:15 a.m.) (Urizandi, Nisshy) (Entered: 05/26/2016) |
| 05/27/2016 | | | TEXT ORDER granting 87 Motion to Unseal Document: Markham filed the documents that are the subject of the Motion under seal out of a concern that they contain information Hasbro would consider confidential. Hasbro has represented in its Motion that it does not consider any of the information in the documents confidential, negating the need to seal the documents. So Ordered by Chief Judge William E. Smith on 5/27/2016. (Jackson, Ryan) (Entered: 05/27/2016) |
| 05/27/2016 | 91 | | TRANSCRIPT ORDER *Motion to Disqualify* for proceedings held on 5/26/2016 before Judge William Smith.. (Rocha, Patricia) (Entered: 05/27/2016) |
| 05/27/2016 | 92 | | TRANSCRIPT ORDER *Motion to Disqualify* for proceedings held on 5/26/2016 before Judge William Smith.. (Dolan, William) (Entered: 05/27/2016) |
| 06/01/2016 | 93 | | NOTICE by Lorraine Markham, Markham Concepts, Inc. *Notice of Withdrawal of Kyle G. Grimm* (Cavanagh, Robert) (Entered: 06/01/2016) |
| 06/01/2016 | 94 | | ORDER granting 82 Motion to Stay Proceedings with the exception that the deposition of Mr. Klamer may proceed as described in the attached order. So Ordered by Chief Judge William E. Smith on 6/1/2016. (Jackson, Ryan) (Entered: 06/01/2016) |
| 06/06/2016 | 95 | | TRANSCRIPT ORDER *Motion to Disqualify* for proceedings held on 5/26/2016 before Judge Smith.. (Renner, Eric) (Entered: 06/06/2016) |
| 06/17/2016 | 96 | | TRANSCRIPT of Motion to Disqualify held on May 26, 2016, before Chief Judge William E. Smith. Court Reporter Anne M. Clayton, Telephone number 401–255–2310. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. **NOTICE TO COUNSEL: Redaction Requests must be filed for personal identifiers only. All other redactions must be requested by motion. For local policy and sample redaction request visit our website at www.rid.uscourts.gov and select Transcripts under the Case Information menu option**. Redaction Request due 7/8/2016. Redacted Transcript Deadline set for 7/18/2016. Release of Transcript Restriction set for 9/15/2016. (Clayton, Anne) (Entered: 06/17/2016) |
| 07/22/2016 | 97 | | MEMORANDUM AND ORDER granting 75 Motion to Disqualify Counsel. Attorney Michael S. Lazaroff and Louis M. Solomon terminated– So Ordered by Chief Judge William E. Smith on 7/22/2016. (Barletta, Barbara) (Entered: 07/22/2016) |
| 07/29/2016 | | | NOTICE of Hearing on 62 MOTION to Dismiss MOTION to Dismiss for Lack of Jurisdiction , 49 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *as to Plaintiffs' Second Amended Complaint, or in the Alternative, to Transfer This Action to the United States District Court for the Central District* |

| | | | |
|---|---|---|---|
| | | | *of California*, and 37 MOTION for Judgment on the Pleadings / *Counter–Claim Defendants' Motion for Judgment of the Pleadings and/or to Dismiss Certain of Klamer's Counterclaims and to Strike Certain Affirmative Defenses* : Motion Hearing **scheduled for Wednesday 8/24/2016 at 11:00 AM in Courtroom 2** before Chief Judge William E. Smith. (Jackson, Ryan) (Entered: 07/29/2016) |
| 08/05/2016 | 98 | | MOTION to Continue *Motion to Continue the Hearing Currently Scheduled for August 24, 2016* With Supporting Memo filed by Reuben Klamer. Responses due by 8/22/2016 (Attachments: # 1 Declaration of Erica J. Van Loon)(Renner, Eric) (Entered: 08/05/2016) |
| 08/17/2016 | | | TEXT ORDER granting 98 Motion to Continue Hearing. So Ordered by Chief Judge William E. Smith on 8/17/2016. (Jackson, Ryan) (Entered: 08/17/2016) |
| 08/17/2016 | | | Reset Hearings re: Notice of Hearing on 62 MOTION to Dismiss MOTION to Dismiss for Lack of Jurisdiction, 49 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM as to Plaintiffs' Second Amended Complaint, or in the Alternative, to Transfer T his Action to the United States District Court for the Central District of California, and 37 MOTION for Judgment on the Pleadings / Counter–Claim Defendants' Motion for Judgment of the Pleadings and/or to Dismiss Certain of Klamer's Counterclaims and to Strike Certain Affirmative Defenses: Motion Hearing **RE–SCHEDULED for _Thursday 10/13/2016 at 10:00 AM in Courtroom 2_** before Chief Judge William E. Smith; the hearing previously scheduled for 8/24/16 is hereby CANCELLED. (Jackson, Ryan) (Entered: 08/17/2016) |
| 08/30/2016 | 99 | | MOTION for Patricia L. Glaser to Appear Pro Hac Vice ( filing fee paid $ 50.00, receipt number 0103–1002343 ) filed by Reuben Klamer. (Renner, Eric) (Entered: 08/30/2016) |
| 09/27/2016 | | | TEXT ORDER granting 99 Motion to Appear Pro Hac Vice of Patricia L. Glaser. So Ordered by Chief Judge William E. Smith on 9/27/2016. (Jackson, Ryan) (Entered: 09/27/2016) |
| 09/28/2016 | 100 | | MOTION for Robert M. Pollaro to Appear Pro Hac Vice ( filing fee paid $ 50.00, receipt number 0103–1012305 ) filed by Lorraine Markham, Markham Concepts, Inc.. (Cavanagh, Robert) (Entered: 09/28/2016) |
| 09/28/2016 | 101 | | MOTION for David A. Cole to Appear Pro Hac Vice ( filing fee paid $ 50.00, receipt number 0103–1012307 ) filed by Lorraine Markham, Markham Concepts, Inc.. (Cavanagh, Robert) (Entered: 09/28/2016) |
| 09/29/2016 | | | Reset Hearings: Motion Hearing re: on 62 MOTION to Dismiss for Lack of Jurisdiction, 49 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM as to Plaintiffs' Second Amended Complaint, or in the Alternative, to Transfer This Action to the United States District Court for the Central District of California, and 37 MOTION for Judgment on the Pleadings / Counter–Claim Defendants' Motion for Judgment of the Pleadings and/or to Dismiss Certain of Klamer's Counterclaims and to Strike Certain Affirmative Defenses: Motion Hearing **RE–SCHEDULED for _Tuesday 12/20/2016 at 11:00 AM in Courtroom 2_** before Chief Judge William E. Smith; the hearing previously scheduled for 10/13/16 is hereby CANCELLED. (Jackson, Ryan) (Entered: 09/29/2016) |

| 10/10/2016 | 102 | | WITHDRAWAL of : 62 MOTION to Dismiss MOTION to Dismiss for Lack of Jurisdiction by Dawn Linkletter Griffin, Michael Linkletter, Sharon Linkletter, Laura Linkletter Rich . (Gainor, Ryan) (Entered: 10/10/2016) |
| --- | --- | --- | --- |
| 10/10/2016 | 103 | | STIPULATION *EXTENDING TIME FOR LINKLETTER DEFENDANTS TO RESPOND TO SECOND AMENDED COMPLAINT* by Dawn Linkletter Griffin, Dennis Linkletter, Michael Linkletter, Sharon Linkletter, Laura Linkletter Rich. (Gainor, Ryan) (Entered: 10/10/2016) |
| 10/14/2016 | 104 | | NOTICE of Change of Address by Eric E. Renner (Renner, Eric) (Entered: 10/14/2016) |
| 10/20/2016 | | | TEXT ORDER granting 100 Motion to Appear Pro Hac Vice of Robert M Pollaro; granting 101 Motion to Appear Pro Hac Vice of David A Cole. So Ordered by Chief Judge William E. Smith on 10/20/2016. (Jackson, Ryan) (Entered: 10/20/2016) |
| 10/27/2016 | 105 | | ORDER Entering 103 Stipulation EXTENDING TIME FOR LINKLETTER DEFENDANTS TO RESPOND TO SECOND AMENDED COMPLAINT filed by Dennis Linkletter, Laura Linkletter Rich, Dawn Linkletter Griffin, Michael Linkletter, Sharon Linkletter, Markham Concepts, Inc., Lorraine Markham. So Ordered by Chief Judge William E. Smith on 10/25/2016. (Jackson, Ryan) (Entered: 10/27/2016) |
| 12/15/2016 | | | HEARING CANCELLED: Motion hearing on 62 MOTION to Dismiss for Lack of Jurisdiction, 49 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM as to Plaintiffs' Second Amended Complaint, or in the Alternative, to Transfer This Action to the United States District Court for the Central District of California, and 37 MOTION for Judgment on the Pleadings/Counter–Claim Defendants' Motion for Judgment of the Pleadings and/or to Dismiss Certain of Klamer's Counterclaims and to Strike Certain Affirmative Defenses: Motion Hearing previously scheduled for Tuesday 12/20/2016 at 11:00 AM in Courtroom 2 before Chief Judge William E. Smith is hereby CANCELLED until further notice of this Court.(Jackson, Ryan) (Entered: 12/15/2016) |
| 12/16/2016 | | | NOTICE of Hearing: Telephone Conference set for **1/11/2017 at 01:00 PM** in Magistrate Judge Sullivan Chambers – Room P–285 before Magistrate Judge Patricia A. Sullivan with Counsel of Record. Court to initiate the call.(Saucier, Martha) (Entered: 12/16/2016) |
| 01/04/2017 | 106 | | NOTICE by Greenberg Traurig, LLP, Michael S. Lazaroff, Louis M. Solomon */Notice of Withdrawals of Attorneys William M. Dolan III and Nicholas L. Nybo* (Dolan, William) (Entered: 01/04/2017) |
| 01/09/2017 | 107 | | MOTION Defendant and Counterclaim Plaintiff Reuben Klamer's Motion to Lift the Stay of Proceedings and Reopen Discovery With Supporting Memo filed by Reuben Klamer. Responses due by 1/23/2017. (Attachments: # 1 Declaration of Erica J. Van Loon in Support of Defendant and Counterclaim Plaintiff Reuben Klamer's Motion to Lift the Stay of Proceedings and Reopen Discovery)(Renner, Eric) (Entered: 01/09/2017) |
| 01/10/2017 | 108 | | MOTION to Lift the Stay of Proceedings and Reopen Discovery filed by Hasbro, Inc. Responses due by 1/24/2017. (Rocha, Patricia) (Entered: 01/10/2017) |

| 01/11/2017 | | | Minute Entry for proceedings held before Magistrate Judge Patricia A. Sullivan: Telephone Conference held on 1/11/2017 with Attorneys: Robert Pollaro, Mary Dunn, Joseph Avanzato, Joshua Krumholz, Eric Renner, Erica Van Loon, Patricia Glaser, Mitchell Reinis, Christine Bush. (Courtroom Chambers at 1:00.) (Saucier, Martha) (Entered: 01/11/2017) |
|---|---|---|---|
| 01/11/2017 | | | NOTICE of Hearing: Telephone Conference set for **1/24/2017 at 04:30 PM** in Magistrate Judge Sullivan Chambers – Room P–285 before Magistrate Judge Patricia A. Sullivan with Counsel for Hasbro only. Court to initiate the call. (Saucier, Martha) (Entered: 01/11/2017) |
| 01/11/2017 | | | NOTICE of Hearing: Telephone Conference set for **1/25/2017 at 04:30 PM** in Magistrate Judge Sullivan Chambers – Room P–285 before Magistrate Judge Patricia A. Sullivan with Counsel for Markham only. Court to initiate the call. (Saucier, Martha) (Entered: 01/11/2017) |
| 01/11/2017 | | | NOTICE of Hearing: Settlement Conference set for **2/20/2017 at 09:00 AM** before Magistrate Judge Patricia A. Sullivan at the law offices of Hinckley, Allen & Snyder. (Saucier, Martha) (Entered: 01/11/2017) |
| 01/17/2017 | | | AMENDED NOTICE of Hearing: Telephone Conference set for **1/24/2017 at 10:30 AM** in Magistrate Judge Sullivan Chambers – Room P–285 before Magistrate Judge Patricia A. Sullivan with Counsel for Hasbro only. Court to initiate the call. Please Note Time Change. (Saucier, Martha) (Entered: 01/17/2017) |
| 01/23/2017 | 109 | | RESPONSE to Motion re 107 MOTION Defendant and Counterclaim Plaintiff Reuben Klamer's Motion to Lift the Stay of Proceedings and Reopen Discovery , 108 MOTION to Lift the Stay of Proceedings and Reopen Discovery WITH SUPPORTING MEMO filed by Lorraine Markham, Markham Concepts, Inc.. Replies due by 1/30/2017. (Dunn, Mary) (Entered: 01/23/2017) |
| 01/24/2017 | | | Minute Entry for proceedings held before Magistrate Judge Patricia A. Sullivan: Telephone Conference held on 1/24/2017 with Attorneys Patricia Rocha and Joshua Krumholz. (Chambers at 10:30.) (Saucier, Martha) (Entered: 01/24/2017) |
| 01/24/2017 | | | MOTIONS REFERRED: 107 MOTION Defendant and Counterclaim Plaintiff Reuben Klamer's Motion to Lift the Stay of Proceedings and Reopen Discovery , 108 MOTION to Lift the Stay of Proceedings and Reopen Discovery referred to Magistrate Judge Patricia A. Sullivan for determination. (Jackson, Ryan) (Entered: 01/24/2017) |
| 01/25/2017 | | | Minute Entry for proceedings held before Magistrate Judge Patricia A. Sullivan: Telephone Conference held on 1/25/2017 with Attorneys Robert Pollaro and Mary Dunn. (Chambers at 4:30.) (Saucier, Martha) (Entered: 01/26/2017) |
| 01/30/2017 | 110 | | REPLY to Response to Motion re 109 Response to Motion, filed by Reuben Klamer. (Renner, Eric) (Entered: 01/30/2017) |
| 02/20/2017 | | | Minute Entry for proceedings held before Magistrate Judge Patricia A. Sullivan: Settlement Conference held on 2/20/2017. (Saucier, Martha) (Entered: 02/27/2017) |

| | | | |
|---|---|---|---|
| 02/24/2017 | | | NOTICE of Hearing: Telephone Conference set for **2/24/2017 at 12:30 PM** in Magistrate Judge Sullivan Chambers – Room P–285 before Magistrate Judge Patricia A. Sullivan with counsel for Hasbro only. Court to initiate the call. (Leyva, Lucia) (Entered: 02/24/2017) |
| 02/24/2017 | | | Minute Entry for proceedings held before Magistrate Judge Patricia A. Sullivan: Telephone Conference with counsel for Hasbro held on 2/24/2017. (Noel, Jeannine) (Entered: 02/24/2017) |
| 03/03/2017 | | | NOTICE of Hearing: Telephone Conference set for **3/3/2017 at 03:30 PM** in Magistrate Judge Sullivan Chambers – Room P–285 before Magistrate Judge Patricia A. Sullivan with the attorneys for Plaintiffs, Reuben Klamer, Dawn Linkletter Griffin, Sharon Linkletter, Michael Linkletter, Laura Linkletter Rich, and Dennis Linkletter.(Saucier, Martha) (Entered: 03/03/2017) |
| 03/03/2017 | | | Minute Entry for proceedings held before Magistrate Judge Patricia A. Sullivan: Telephone Conference held on 3/3/2017 with Attorneys Patricia Glaser, Robert Pollaro, Mary Dunn, Mitchell Reinis and Ryan Gainor. (Chambers at 3:30.) (Saucier, Martha) (Entered: 03/03/2017) |
| 03/03/2017 | | | NOTICE of Hearing: Telephone Conference set for **3/8/2017 at 03:30 PM** in Magistrate Judge Sullivan Chambers – Room P–285 before Magistrate Judge Patricia A. Sullivan with counsel for Plaintiffs, Reuben Klamer, Dawn Linkletter Griffin, Sharon Linkletter, Michael Linkletter, Laura Linkletter Rich, and Dennis Linkletter. Court to initiate the call. (Saucier, Martha) (Entered: 03/03/2017) |
| 03/08/2017 | | | Minute Entry for proceedings held before Magistrate Judge Patricia A. Sullivan: Telephone Conference held on 3/8/2017 with Attorneys Robert Pollaro, Mary Dunn, Erica Van Loon, Nick Huskins, Mitchell Reinis and Ryan Gainor. (Chambers at 3:30.) (Saucier, Martha) (Entered: 03/08/2017) |
| 03/10/2017 | | | NOTICE of Hearing: Telephone Conference set for **3/10/2017 at 01:30 PM** in Magistrate Judge Sullivan Chambers – Room P–285 before Magistrate Judge Patricia A. Sullivan with counsel for Reuben Klamer only. Court to initiate the call.(Saucier, Martha) (Entered: 03/10/2017) |
| 03/10/2017 | | | NOTICE of Hearing: Telephone Conference set for **3/10/2017 at 02:00 PM** or after in Magistrate Judge Sullivan Chambers – Room P–285 before Magistrate Judge Patricia A. Sullivan with Attorney Mitchell Reinis. Court to initiate the call.(Saucier, Martha) (Entered: 03/10/2017) |
| 03/10/2017 | | | NOTICE of Hearing: Telephone Conference set for **3/10/2017 at 02:30 PM** or after in Magistrate Judge Sullivan Chambers – Room P–285 before Magistrate Judge Patricia A. Sullivan counsel for Hasbro, Inc. Court to initiate the call.(Saucier, Martha) (Entered: 03/10/2017) |
| 03/10/2017 | | | Minute Entry for proceedings held before Magistrate Judge Patricia A. Sullivan: Telephone Conference held on 3/10/2017 with Attorney Erica Van Loon. (Chambers at 1:30.) (Saucier, Martha) (Entered: 03/10/2017) |
| 03/10/2017 | | | Minute Entry for proceedings held before Magistrate Judge Patricia A. Sullivan: Telephone Conference held on 3/10/2017 with Attorneys Mitchell Reinis and Ryan Gainor. (Chambers at 2:00.) (Saucier, Martha) (Entered: 03/10/2017) |

| | | | |
|---|---|---|---|
| 03/10/2017 | | | Minute Entry for proceedings held before Magistrate Judge Patricia A. Sullivan: Telephone Conference held on 3/10/2017 with Attorneys Patricia Rocha and Joshua Krumholz. (Chambers at 2:30.) (Saucier, Martha) (Entered: 03/10/2017) |
| 03/10/2017 | | | TEXT ORDER granting 107 Motion Lift Stay and Reopen DiscoveryLift Stay and Reopen Discovery; granting 108 Motion Lift Stay and Reopen DiscoveryLift Stay and Reopen Discovery. The motion of Defendant and Counterclaim Plaintiff Reuben Klamer to lift the stay of proceedings and reopen discovery 107 and the motion to lift the stay of proceedings and reopen discovery filed by Hasbro, Inc. 108 are both GRANTED. The stay is lifted and discovery is open. Because all of the deadlines in the scheduling order previously set by the Court are now passed, by March 24, 2017,the parties are directed to meet and confer and to file a joint motion for setting of new deadlines, with any differences among the parties with respect to the proposed dates set forth in the joint motion.. So Ordered by Magistrate Judge Patricia A. Sullivan on 3/10/2017. (Saucier, Martha) (Entered: 03/10/2017) |
| 03/20/2017 | | | Reset Hearings re: 49 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM as to Plaintiffs' Second Amended Complaint, or in the Alternative, to Transfer This Action to the United S tates District Court for the Central District of California and 37 MOTION for Judgment on the Pleadings / Counter–Claim Defendants' Motion for Judgment of the Pleadings and/or to Dismiss Certain of Klamer's Counterclaims and to Strike Ce rtain Affirmative Defenses: Motion Hearing **RE–SCHEDULED for _Thursday 4/27/2017 at 10:00 AM_ in Courtroom 2** before Chief Judge William E. Smith. (Jackson, Ryan) (Entered: 03/20/2017) |
| 03/21/2017 | 111 | | NOTICE by Reuben Klamer re 49 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM _as to Plaintiffs' Second Amended Complaint, or in the Alternative, to Transfer This Action to the United States District Court for the Central District of California (Notice of Partial Withdrawal)_ (Renner, Eric) (Entered: 03/21/2017) |
| 03/23/2017 | 112 | | Joint MOTION to Amend/Correct _Joint Motion to Reset Case Schedule Pursuant to the Court's March 10, 2017 Order_ filed by Reuben Klamer. Responses due by 4/6/2017. (Renner, Eric) (Entered: 03/23/2017) |
| 03/27/2017 | | | MOTIONS REFERRED: 112 Joint MOTION to Amend/Correct _Joint Motion to Reset Case Schedule Pursuant to the Court's March 10, 2017 Order_ referred to Magistrate Judge Patricia A. Sullivan for determination. (Jackson, Ryan) (Entered: 03/27/2017) |
| 03/28/2017 | | | TEXT ORDER granting 112 Motion to Amend/Correct; Set/Reset Scheduling Order Deadlines:( Factual Discovery to close by 8/28/2017;, Plaintiff Expert Disclosures shall be made by 9/28/2017;, Defendant Expert Disclosures shall be made by 10/27/2017;, Expert Discovery to close by 11/27/2017;, Dispositive Motions due by 1/2/2018;, Pretrial Memorandum due 30 days after a decision on any dispositive motion or, if no dispositive motions are filed by 1/15/2018;). So Ordered by Magistrate Judge Patricia A. Sullivan on 3/28/2017. (Saucier, Martha) (Entered: 03/28/2017) |
| 04/11/2017 | 113 | | DECLARATION re 49 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM _as to Plaintiffs' Second Amended Complaint, or in the Alternative,_ |

| | | | |
|---|---|---|---|
| | | | *to Transfer This Action to the United States District Court for the Central District of California* by Reuben Klamer. (Attachments: # 1 Exhibits A–F to Supplemental Declaration)(Renner, Eric) (Entered: 04/11/2017) |
| 04/12/2017 | 114 | | MOTION for David B. Jinkins to Appear Pro Hac Vice ( filing fee paid $ 50.00, receipt number 0103–1073882 ) filed by Dawn Linkletter Griffin, Dennis Linkletter, Michael Linkletter, Sharon Linkletter, Laura Linkletter Rich. (Bush, Christine) (Entered: 04/12/2017) |
| 04/12/2017 | | | TEXT ORDER granting 114 Motion for David B. Jinkins to Appear Pro Hac Vice. So Ordered by Chief Judge William E. Smith on 4/12/2017. (Jackson, Kerrie) (Entered: 04/12/2017) |
| 04/18/2017 | 115 | | MOTION for Gary Wexler to Appear Pro Hac Vice ( filing fee paid $ 50.00, receipt number 0103–1075898 ) filed by Dawn Linkletter Griffin, Michael Linkletter, Sharon Linkletter, Laura Linkletter Rich. (Gainor, Ryan) (Entered: 04/18/2017) |
| 04/18/2017 | | | TEXT ORDER granting 115 Motion for Gary Wexler to Appear Pro Hac Vice. So Ordered by Chief Judge William E. Smith on 4/18/2017. (Jackson, Kerrie) (Entered: 04/18/2017) |
| 04/25/2017 | | | Reset Hearings re: NOTICE OF HEARING ON 49 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM as to Plaintiffs' Second Amended Complaint, or in the Alternative, to Transfer This Action to the United S tates District Court for the Central District of California and 37 MOTION for Judgment on the Pleadings / Counter–Claim Defendants' Motion for Judgment of the Pleadings and/or to Dismiss Certain of Klamer's Counterclaims and to Strike Ce rtain Affirmative Defenses: Motion Hearing RE–SCHEDULED for 4/27/2017 at 9:00 AM in Courtroom 2 before Chief Judge William E. Smith; HEARING START TIME MOVED TO **9:00 AM** on Thursday 4/27/17 (from 10 AM original start time). (Jackson, Ryan) (Entered: 04/25/2017) |
| 04/25/2017 | 116 | | Joint MOTION for Protective Order filed by Hasbro, Inc. Responses due by 5/9/2017. (Attachments: # 1 Exhibit Protective Order)(Rocha, Patricia) (Entered: 04/25/2017) |
| 04/26/2017 | 117 | | MOTION for Leave to File Document filed by All Plaintiffs. Responses due by 5/10/2017. (Attachments: # 1 Exhibit Supplemental Pollaro Declaration, # 2 Exhibit Ex. A to Pollaro Dec, # 3 Exhibit Ex. B to Pollaro Dec., # 4 Exhibit Ex. C to POllaro Dec., # 5 Exhibit Ex. D to Pollaro Dec., # 6 Exhibit Ex. E to Pollaro Dec., # 7 Exhibit Ex. F to Pollaro Dec., # 8 Exhibit Ex. G to Pollaro Dec., # 9 Exhibit Ex. H to Pollaro Dec)(Dunn, Mary) (Entered: 04/26/2017) |
| 04/26/2017 | 118 | | MOTION for John T. Moehringer to Appear Pro Hac Vice ( filing fee paid $ 50.00, receipt number 0103–1078606 ) filed by Lorraine Markham, Markham Concepts, Inc.. (Cavanagh, Robert) (Entered: 04/26/2017) |
| 04/27/2017 | | | TEXT ORDER granting 118 Motion for John T. Moehringer to Appear Pro Hac Vice. So Ordered by Chief Judge William E. Smith on 4/27/2017. (Jackson, Kerrie) (Entered: 04/27/2017) |
| 04/27/2017 | | | Minute Entry for proceedings held before Chief Judge William E. Smith: Motion Hearing held on 4/27/2017 re 49 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *as to Plaintiffs' Second Amended Complaint,* |

| | | | |
|---|---|---|---|
| | | | *or in the Alternative, to Transfer This Action to the United States District Court for the Central District of California* filed by Reuben Klamer, 37 MOTION for Judgment on the Pleadings */ Counter−Claim Defendants' Motion for Judgment of the Pleadings and/or to Dismiss Certain of Klamer's Counterclaims and to Strike Certain Affirmative Defenses;* filed by Lorraine Markham, Markham Concepts, Inc: (Dunn, Pollaro, Renner, Glaser, Huskins) Court addresses. Arguments heard. Court questions. Plaintiff and Defense counsel respond. Court takes matter under advisement and will issue a ruling at a later date. Recess. (Court Reporter Denise Veitch in Courtroom 2 at 9:10 a.m.) (Urizandi, Nisshy) (Entered: 04/27/2017) |
| 04/27/2017 | | | TEXT ORDER granting 116 Motion for Protective Order; granting 117 Motion for Leave to File. So Ordered by Chief Judge William E. Smith on 4/27/2017. (Jackson, Ryan) (Entered: 04/27/2017) |
| 04/27/2017 | 119 | | TRANSCRIPT ORDER for proceedings held on 04−27−2017 before Judge Smith.. (Rocha, Patricia) (Entered: 04/27/2017) |
| 05/01/2017 | 120 | | TRANSCRIPT ORDER for proceedings held on 4−27−2017 before Judge Smith.. (Dunn, Mary) (Entered: 05/01/2017) |
| 05/01/2017 | 121 | | TRANSCRIPT ORDER for proceedings held on 4−27−2017 before Judge Smith.. (Renner, Eric) (Entered: 05/01/2017) |
| 05/08/2017 | 122 | | TRANSCRIPT of Motion for Judgment on Pleadings and Motion to Dismiss, held on April 27, 2017, before Chief Judge William E. Smith. Court Reporter Denise P. Veitch, Telephone number 401−323−9337. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter or PACER. **NOTICE TO COUNSEL: Redaction Requests must be filed for personal identifiers only. All other redactions must be requested by motion. For local policy and sample redaction request visit our website at www.rid.uscourts.gov and select Transcripts under the Case Information menu option**. Redaction Request due 5/30/2017. Redacted Transcript Deadline set for 6/8/2017. Release of Transcript Restriction set for 8/7/2017. (Veitch, Denise) (Entered: 05/08/2017) |
| 06/19/2017 | | | NOTICE of Hearing:Summary Judgment Conference *scheduled for Friday 7/21/2017 at 10:30 AM in Chambers* before Chief Judge William E. Smith. (Jackson, Ryan) (Entered: 06/19/2017) |
| 07/18/2017 | | | Reset Hearings re: Notice of Summary Judgment Conference *RE−SCHEDULED for Thursday 8/3/2017 at 10:30 AM in Chambers* before Chief Judge William E. Smith; hearing previously scheduled for 7/21/17 is hereby CANCELLED. (Jackson, Ryan) (Entered: 07/18/2017) |
| 07/20/2017 | | | Reset Hearings re: Summary Judgment Conference *RE−SCHEDULED for Tuesday 8/15/2017 at 11:00 AM in Chambers* before Chief Judge William E. Smith; the conference previously scheduled for 8/3/17 is hereby CANCELLED. (Jackson, Ryan) (Entered: 07/20/2017) |
| 08/15/2017 | | | Minute Entry for proceedings held before Chief Judge William E. Smith: Status Conference held on 8/15/2017; counsel present: D. Cole, R. Pollaro, T. Alves; P. Glover, E. Van Loon, E. Renner; P. Rocha, J. Krumholtz, C. Batliner; C. Bush (Jackson, Ryan) (Entered: 08/16/2017) |

| 08/16/2017 | | | NOTICE of Hearing: In Chambers Conference *scheduled for Thursday 10/5/2017 at 10:00 AM in Chambers* before Chief Judge William E. Smith. (Jackson, Ryan) (Entered: 08/16/2017) |
|---|---|---|---|
| 08/25/2017 | 123 | | MOTION for an Extension of Time to Extend Scheduling Order *Joined by Reuben Klamer* filed by Hasbro, Inc. Responses due by 9/8/2017. (Rocha, Patricia) (Entered: 08/25/2017) |
| 08/29/2017 | | | TEXT ORDER granting 123 Motion for Extension of Time noting that no further extensions will be granted; Reset Deadlines: Factual Discovery to be completed by 9/28/2017; Plaintiff Expert Disclosures shall be made by 10/30/2017; Defendant Expert Disclosures shall be made by 11/27/2017; All Expert Discovery to be completed by 12/27/2017; Dispositive Motions to be filed by 2/2/2018; Pretrial Memorandum due 30 days after decision on any pending motions, or if no motions pending, by 2/2/2018. So Ordered by Chief Judge William E. Smith on 8/29/2017. (Jackson, Ryan) (Entered: 08/29/2017) |
| 09/09/2017 | 124 | | MOTION for Brittany Elias to Appear Pro Hac Vice ( filing fee paid $ 50.00, receipt number 0103–1123449 ) filed by Reuben Klamer. (Renner, Eric) (Entered: 09/09/2017) |
| 09/09/2017 | 125 | | NOTICE by Reuben Klamer *Notice of Withdrawal of Nicholas E. Huskins* (Renner, Eric) (Entered: 09/09/2017) |
| 09/11/2017 | | | TEXT ORDER granting 124 Motion for Brittany Elias to Appear Pro Hac Vice filed by Reuben Klamer. So Ordered by Chief Judge William E. Smith on 9/11/2017. (Urizandi, Nisshy) (Entered: 09/11/2017) |
| 10/05/2017 | | | Minute Entry for proceedings held before Chief Judge William E. Smith: In Chambers Conference held on 10/5/2017; counsel present: R. Pollaro; M. Dunn; P Rocha; J. Krumholz, C. Batliner; E. Renner; R. Gainor; E. Van Loon and P. Glaser via teleconference (Jackson, Ryan) (Entered: 10/11/2017) |
| 10/11/2017 | | | NOTICE of Hearing: Telephone Conference *scheduled for Wednesday 10/18/2017 at 3:00 PM* before Chief Judge William E. Smith; this office will issue instructions as to the conference call via email. (Jackson, Ryan) (Entered: 10/11/2017) |
| 10/13/2017 | 126 | | STIPULATION *Re Standing and For Leave to File Unopposed Third Amended Complaint* filed by Reuben Klamer. (Renner, Eric) (Entered: 10/13/2017) |
| 10/13/2017 | 127 | | AMENDED COMPLAINT / *Third Amended Complaint* against Dawn Linkletter Griffin, Hasbro, Inc, Reuben Klamer, Dennis Linkletter, Michael Linkletter, Sharon Linkletter, Laura Linkletter Rich, Thomas Feiman, Robert Miller, Max Candiotty, filed by Markham Concepts, Inc., Lorraine Markham, Susan Garretson. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Pollaro, Robert) (Entered: 10/13/2017) |
| 10/17/2017 | 128 | | MEMORANDUM AND ORDER granting in part and denying in part 37 Motion for Judgment on the Pleadings; denying 49 Motion to Dismiss for Failure to State a Claim. So Ordered by Chief Judge William E. Smith on 10/17/2017. (Jackson, Ryan) (Entered: 10/17/2017) |
| 10/18/2017 | | | Minute Entry for proceedings held before Chief Judge William E. Smith: Telephone Conference held on 10/18/2017; counsel present via teleconference: R. Pollaro, M. Dunn; J. Krumholz, P. Rocha; E. Van Loon, E. Renner; G. |

| | | | |
|---|---|---|---|
| | | | Wexler, R. Gainor (Jackson, Ryan) (Entered: 10/18/2017) |
| 10/18/2017 | | | NOTICE of Hearing: Telephone Conference *scheduled for Monday 11/6/2017 at 2:00 PM* before Chief Judge William E. Smith; this office will issue instructions as to the conference call via email. (Jackson, Ryan) (Entered: 10/18/2017) |
| 10/19/2017 | 129 | | MOTION to Compel Discovery filed by All Plaintiffs. Responses due by 11/2/2017. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Dunn, Mary) (Entered: 10/19/2017) |
| 10/25/2017 | 130 | | MOTION in Limine *to Exclude Bill Markham's 1989 Deposition Testimony* filed by Hasbro, Inc. (Rocha, Patricia) (Entered: 10/25/2017) |
| 10/25/2017 | 131 | | DECLARATION re 130 MOTION in Limine *to Exclude Bill Markham's 1989 Deposition Testimony of Courtney Batliner, Esq.* by Hasbro, Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K)(Rocha, Patricia) (Entered: 10/25/2017) |
| 10/26/2017 | 132 | | ANSWER to 127 Amended Complaint, *(Third Amended Complaint)*, COUNTERCLAIM against Lorraine Markham, Markham Concepts, Inc. by Hasbro, Inc.(Rocha, Patricia) (Entered: 10/26/2017) |
| 10/27/2017 | 133 | | NOTICE of Appearance by Christine K. Bush on behalf of Max Candiotty, Thomas Feiman, Robert Miller (Bush, Christine) (Entered: 10/27/2017) |
| 10/27/2017 | 134 | | NOTICE of Appearance by Ryan M. Gainor on behalf of Max Candiotty, Thomas Feiman, Robert Miller (Gainor, Ryan) (Entered: 10/27/2017) |
| 10/27/2017 | 135 | | ANSWER to 127 Amended Complaint, by Max Candiotty, Thomas Feiman, Dawn Linkletter Griffin, Dennis Linkletter, Michael Linkletter, Sharon Linkletter, Robert Miller, Laura Linkletter Rich.(Gainor, Ryan) (Entered: 10/27/2017) |
| 10/27/2017 | 136 | | ANSWER to 127 Amended Complaint, *(Third Amended Complaint)*, COUNTERCLAIM against Susan Garretson, Lorraine Markham, Markham Concepts, Inc. by Reuben Klamer.(Renner, Eric) (Entered: 10/27/2017) |
| 11/01/2017 | | | NOTICE of Hearing: Telephone Conference *scheduled for Thursday 11/2/2017 at 3:00 PM* before Chief Judge William E. Smith; this office will issue instructions as to the conference call via email later today. (Jackson, Ryan) (Entered: 11/01/2017) |
| 11/01/2017 | | | Reset Hearings re: Notice of Telephone Conference *RE−SCHEDULED for Thursday 11/2/2017 at 10:00 AM (EST)* before Chief Judge William E. Smith; this office will issue instructions as to the conference call via email later today. (Jackson, Ryan) (Entered: 11/01/2017) |
| 11/01/2017 | 137 | | RESPONSE in Opposition re 130 MOTION in Limine *to Exclude Bill Markham's 1989 Deposition Testimony* filed by All Plaintiffs. Replies due by 11/8/2017. (Dunn, Mary) (Entered: 11/01/2017) |
| 11/01/2017 | 138 | | DECLARATION re 137 Response in Opposition to Motion by All Plaintiffs. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Dunn, Mary) (Entered: 11/01/2017) |

| 11/02/2017 | | | Minute Entry for proceedings held before Chief Judge William E. Smith: Telephone Conference held on 11/2/2017; counsel on call: M. Dunn, R. Pollaro; P. Rocha, J. Krumholz, C. Batliner; E. Van Loon; C. Bush, G. Wexler, D. Jinkins (Jackson, Ryan) (Entered: 11/02/2017) |
|---|---|---|---|
| 11/02/2017 | | | HEARING CANCELLED re: Notice of Telephone Conference previously scheduled for Monday 11/6/2017 at 2:00 PM before Chief Judge William E. Smith is hereby CANCELLED (Jackson, Ryan) (Entered: 11/02/2017) |
| 11/02/2017 | 139 | | RESPONSE in Opposition re 129 MOTION to Compel Discovery filed by Dawn Linkletter Griffin, Dennis Linkletter, Michael Linkletter, Sharon Linkletter, Laura Linkletter Rich. Replies due by 11/9/2017. (Gainor, Ryan) (Entered: 11/02/2017) |
| 11/02/2017 | 140 | | MOTION to Strike / *Plaintiffs' Motion to Preclude Hasbro's Untimely Contentions and Motion to Strike Hasbro's Supplemental Discovery Responses* filed by All Plaintiffs. Responses due by 11/16/2017. (Pollaro, Robert) (Entered: 11/02/2017) |
| 11/02/2017 | 141 | | AFFIDAVIT in Support re 140 MOTION to Strike / *Plaintiffs' Motion to Preclude Hasbro's Untimely Contentions and Motion to Strike Hasbro's Supplemental Discovery Responses* filed by All Plaintiffs. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Pollaro, Robert) (Entered: 11/02/2017) |
| 11/06/2017 | 142 | | Supplemental MOTION to Strike 140 MOTION to Strike / *Plaintiffs' Motion to Preclude Hasbro's Untimely Contentions and Motion to Strike Hasbro's Supplemental Discovery Responses and Motion To Strike Klamer's Supplemental Discovery Responses* filed by All Plaintiffs. Responses due by 11/20/2017. (Dunn, Mary) (Entered: 11/06/2017) |
| 11/06/2017 | 143 | | DECLARATION re 142 Supplemental MOTION to Strike 140 MOTION to Strike / *Plaintiffs' Motion to Preclude Hasbro's Untimely Contentions and Motion to Strike Hasbro's Supplemental Discovery Responses and Motion To Strike Klamer's Suppl* by All Plaintiffs. (Attachments: # 1 Exhibit A)(Dunn, Mary) (Entered: 11/06/2017) |
| 11/07/2017 | 144 | | MOTION for Attorney Fees *for Plaintiffs' Motion to Compel Discovery* WITH SUPPORTING MEMO filed by All Plaintiffs. Responses due by 11/21/2017. (Attachments: # 1 Supporting Memorandum)(Dunn, Mary) (Entered: 11/07/2017) |
| 11/08/2017 | 145 | | MOTION for David Nimmer to Appear Pro Hac Vice ( filing fee paid $ 50.00, receipt number 0103−1144238 ) filed by Lorraine Markham, Markham Concepts, Inc.. (Cavanagh, Robert) (Entered: 11/08/2017) |
| 11/08/2017 | | | TEXT ORDER granting 145 Motion to Appear Pro Hac Vice of David Nimmer. So Ordered by Chief Judge William E. Smith on 11/8/2017. (Simoncelli, Michael) (Entered: 11/08/2017) |
| 11/08/2017 | 146 | | NOTICE by Max Candiotty, Thomas Feiman, Dawn Linkletter Griffin, Dennis Linkletter, Michael Linkletter, Sharon Linkletter, Robert Miller, Laura Linkletter Rich *of Proposed Findings of Fact and Conclusions of Law Concerning Count III of Plaintiffs' Complaint* (Gainor, Ryan) (Entered: 11/08/2017) |

| 11/08/2017 | 147 | | Proposed Findings of Fact and Conclusions of Law by Hasbro, Inc.(Rocha, Patricia) (Entered: 11/08/2017) |
|---|---|---|---|
| 11/08/2017 | 148 | | PRETRIAL MEMORANDUM by Hasbro, Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Rocha, Patricia) (Entered: 11/08/2017) |
| 11/08/2017 | 149 | | REPLY to Response to Motion re 137 Response in Opposition to Motion *to Exclude Bill Markham's 1989 Deposition Testimony* filed by Hasbro, Inc. (Rocha, Patricia) (Entered: 11/08/2017) |
| 11/08/2017 | 150 | | Proposed Findings of Fact and Conclusions of Law by Reuben Klamer.(Renner, Eric) (Entered: 11/08/2017) |
| 11/08/2017 | 151 | | PRETRIAL MEMORANDUM by Reuben Klamer. (Renner, Eric) (Entered: 11/08/2017) |
| 11/08/2017 | 152 | | PRETRIAL MEMORANDUM by Susan Garretson, Lorraine Markham, Markham Concepts, Inc.. (Pollaro, Robert) (Entered: 11/08/2017) |
| 11/08/2017 | 153 | | Proposed Findings of Fact by Susan Garretson, Lorraine Markham, Markham Concepts, Inc..(Pollaro, Robert) Modified on 11/9/2017 to correct filing parties. (Simoncelli, Michael). (Entered: 11/08/2017) |
| 11/08/2017 | 154 | | Proposed Findings of Fact by Susan Garretson, Lorraine Markham, Markham Concepts, Inc..(Pollaro, Robert) (Entered: 11/08/2017) |
| 11/09/2017 | | | NOTICE of Hearing: Bench Trial **scheduled to begin on Thursday 11/16/2017 at 9:00 AM in Courtroom 5B, Central District of CA, 350 W. 1st Street, Los Angeles, CA** before Chief Judge William E. Smith. (Jackson, Ryan) (Entered: 11/09/2017) |
| 11/09/2017 | 155 | | RESPONSE in Opposition re 140 MOTION to Strike */ Plaintiffs' Motion to Preclude Hasbro's Untimely Contentions and Motion to Strike Hasbro's Supplemental Discovery Responses* filed by Hasbro, Inc. Replies due by 11/16/2017. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J)(Krumholz, Joshua) (Entered: 11/09/2017) |
| 11/10/2017 | 156 | | *Counterclaim Defendants Markham Concepts, Inc., and Lorraine Markham's* Reply to Counterclaim *of Counterclaim Plaintiff Hasbro* by Lorraine Markham, Markham Concepts, Inc.. (Pollaro, Robert) (Entered: 11/10/2017) |
| 11/10/2017 | 157 | | *Counterclaim Defendants Markham Concepts, Inc., Susan Garretson, and Lorraine Markham's* Reply to Counterclaim *of Ruben Klamer* by Susan Garretson, Lorraine Markham, Markham Concepts, Inc.. (Pollaro, Robert) (Entered: 11/10/2017) |
| 11/13/2017 | 158 | | RESPONSE in Opposition re 142 Supplemental MOTION to Strike 140 MOTION to Strike */ Plaintiffs' Motion to Preclude Hasbro's Untimely Contentions and Motion to Strike Hasbro's Supplemental Discovery Responses and Motion To Strike Klamer's Suppl* filed by Reuben Klamer. Replies due by 11/20/2017. (Attachments: # 1 Declaration of Erica J. Van Loon)(Renner, Eric) (Entered: 11/13/2017) |
| 11/13/2017 | 159 | | |

| | | |
|---|---|---|
| | | REPLY to Response to Motion re <u>155</u> Response in Opposition to Motion, / *Plaintiffs' Reply in Support of Their Motion to Preclude Hasbro's Untimely Contentions and Motion to Strike Hasbro's Supplemental Discovery Responses* filed by All Plaintiffs. (Pollaro, Robert) (Entered: 11/13/2017) |
| 11/13/2017 | <u>160</u> | MOTION for Leave to File Document / *Proposed Surreply in Further Support of Plaintiffs' Response in Opposition to Defendant Hasbro's Motion In Limine to Exclude Bill Markham's 1989 Deposition Testimony* filed by All Plaintiffs. Responses due by 11/27/2017. (Attachments: # <u>1</u> Exhibit 1– Proposed Surreply Brief)(Pollaro, Robert) (Entered: 11/13/2017) |
| 11/13/2017 | <u>161</u> | Emergency MOTION to Compel filed by All Plaintiffs. Responses due by 11/27/2017. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B, # <u>3</u> Exhibit C, # <u>4</u> Exhibit D, # <u>5</u> Exhibit E)(Pollaro, Robert) (Entered: 11/13/2017) |
| 11/14/2017 | | TEXT ORDER ENTERED by Chief Judge William E. Smith: Defendant Reuben Klamer shall file a response to the Plaintiffs Emergency Motion to Compel <u>161</u> no later than 12:00 p.m., Pacific Standard Time ("PST") on Tuesday, November 14, 2017. (Perry, Frank) (Entered: 11/14/2017) |
| 11/14/2017 | <u>162</u> | RESPONSE in Opposition re <u>161</u> Emergency MOTION to Compel filed by Reuben Klamer. Replies due by 11/21/2017. (Attachments: # <u>1</u> Declaration of Erica J. Van Loon)(Renner, Eric) (Entered: 11/14/2017) |
| 11/14/2017 | <u>163</u> | REPLY to Response to Motion re <u>162</u> Response in Opposition to Motion filed by All Plaintiffs. (Attachments: # <u>1</u> Exhibit A)(Pollaro, Robert) (Entered: 11/14/2017) |
| 11/14/2017 | | TEXT ORDER entered by Chief Judge William E. Smith: The Court has reviewed the Plaintiffs' Emergency Motion to Compel production ( doc. 161), Defendant's opposition (Doc.162) and Plaintiffs' reply (doc. 163). The Court finds as follows: Defendant has waived the attorney client privilege as to the letter from Attorney Herzig dated August 14, 1959, referenced in the motion, and Defendant is ordered to disclose it forthwith. The Court is considering whether the attempted use of the letter in the 1989 deposition of Bill Markham broadens the waiver. Defendant is directed to inform the Court if it agrees that the referred letter was in fact the letter from Herzig dated August 14, 1959 as claimed by Plaintiff; further, Defendants shall submit the additional privileged documents (privilege log numbers 35–38, and 58) to the Court for in camera review. The Court will rule as soon as possible prior to the start of trial on Thursday.(Perry, Frank) (Entered: 11/14/2017) |
| 11/15/2017 | <u>164</u> | RESPONSE in Opposition re <u>161</u> Emergency MOTION to Compel / *Klamer's Further Response to Plaintiffs' Emergency Motion to Compel Per the Court's November 14, 2017 Text Order* filed by Reuben Klamer. Replies due by 11/22/2017. (Renner, Eric) (Entered: 11/15/2017) |
| 11/15/2017 | | TEXT ORDER DENYING <u>161</u> Emergency MOTION to Compel filed by Lorraine Markham, Susan Garretson, Markham Concepts, Inc.: After review of the submissions in response to the court's order of November 14, 2017 the court has concluded that Plaintiff has not established grounds for the court to conclude that a broad subject matter waiver of the attorney client privilege beyond the August 14, 1959, Herzig letter, has occurred. See In Re Keeper of Records, XYZ Corporation, 348 F.3d 16 (2003). Therefore, the motion to compel as to the additional privilege log documents is denied. So Ordered by |

| | | | |
|---|---|---|---|
| | | | Chief Judge William E. Smith on 11/15/2017. (Jackson, Ryan) (Entered: 11/15/2017) |
| 11/15/2017 | 165 | | NOTICE by Susan Garretson, Lorraine Markham, Markham Concepts, Inc. *of Withdrawal of David Nimmer* (Nimmer, David) (Entered: 11/15/2017) |
| 11/15/2017 | | | TEXT ORDER entered by Chief Judge William E. Smith: The Plaintiff's motion to strike 140 and supplemental motion to strike 142 are denied. The Court will hear evidence on all parties' theories with respect to authorship, and work made for hire at the trial commencing Thursday morning. (Perry, Frank) (Entered: 11/15/2017) |
| 11/15/2017 | 166 | | RESPONSE in Opposition re 160 MOTION for Leave to File Document */ Proposed Surreply in Further Support of Plaintiffs' Response in Opposition to Defendant Hasbro's Motion In Limine to Exclude Bill Markham's 1989 Deposition Testimony* filed by Hasbro, Inc. Replies due by 11/22/2017. (Krumholz, Joshua) (Entered: 11/15/2017) |
| 11/16/2017 | 167 | | Minute Entry for proceedings held before Chief Judge William E. Smith: Bench Trial held on 11/16/2017. See attached document with the notes provided by Renne A. Fisher, Deputy Clerk (District of Central California). (Court Reporter Laura Elias) (Urizandi, Nisshy) (Urizandi, Nisshy). (Entered: 11/20/2017) |
| 11/17/2017 | 168 | | Minute Entry for proceedings held before Chief Judge William E. Smith: Bench Trial held on 11/17/2017. See attached document with the notes provided by Renne A. Fisher, Deputy Clerk (District of Central California) (Court Reporter Laura Elias) (Urizandi, Nisshy) (Urizandi, Nisshy). (Entered: 11/20/2017) |
| 11/17/2017 | 169 | | Exhibit/Witness List.(Urizandi, Nisshy) (Entered: 11/20/2017) |
| 11/21/2017 | 170 | | RESPONSE In Opposition to 144 MOTION for Attorney Fees *for Plaintiffs' Motion to Compel Discovery* filed by Dawn Linkletter Griffin, Dennis Linkletter, Michael Linkletter, Sharon Linkletter, Laura Linkletter Rich. Replies due by 11/28/2017. (Attachments: # 1 Exhibit A)(Gainor, Ryan) (Entered: 11/21/2017) |
| 11/27/2017 | 171 | | MOTION for an Order that Certain of Hasbro's Requests for Admission Are Deemed Admitted or, in the Alternative, for an Order Compelling Responses with supporting memorandum filed by Hasbro, Inc. Responses due by 12/11/2017. (Rocha, Patricia) (Entered: 11/27/2017) |
| 11/27/2017 | 172 | | DECLARATION re 171 MOTION for an Order that Certain of Hasbro's Requests for Admission Are Deemed Admitted or, in the Alternative, for an Order Compelling Responses by Hasbro, Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Rocha, Patricia) (Entered: 11/27/2017) |
| 12/07/2017 | | | NOTICE of Hearing: Telephone Conference **scheduled for Tuesday 12/19/2017 at 2:00 PM** before Chief Judge William E. Smith; dial–in instructions will be forwarded to all counsel via email by Case Manager Ryan Jackson. (Jackson, Ryan) (Entered: 12/07/2017) |
| 12/07/2017 | | | TEXT ORDER Extending Deadlines by agreement of the parties: The party with the burden of proof's expert reports due 12/18/17; rebuttal expert reports |

| | | | |
|---|---|---|---|
| | | | due 1/18/18. So Ordered by Chief Judge William E. Smith on 12/7/2017. (Jackson, Ryan) (Entered: 12/07/2017) |
| 12/11/2017 | 173 | | STIPULATION re 171 MOTION for an Order that Certain of Hasbro's Requests for Admission Are Deemed Admitted or, in the Alternative, for an Order Compelling Responses */ Agreeing that the Deadline for the Markham Parties Response Shall be Extended to December 15, 2017* filed by All Plaintiffs. (Pollaro, Robert) (Entered: 12/11/2017) |
| 12/13/2017 | | | TEXT ORDER Entering 173 Stipulation filed by Lorraine Markham, Susan Garretson, Markham Concepts, Inc. Response to 171 MOTION for an Order that Certain of Hasbro's Requests for Admission Are Deemed Admitted or, in the Alternative, for an Order Compelling Responses due on or before 12/15/17. So Ordered by Chief Judge William E. Smith on 12/13/2017. (Jackson, Ryan) (Entered: 12/13/2017) |
| 12/15/2017 | 174 | | ORDER denying as moot 129 Motion to Compel; denying 144 Motion for Attorney Fees– So Ordered by Chief Judge William E. Smith on 12/15/2017. (Barletta, Barbara) (Entered: 12/15/2017) |
| 12/15/2017 | 175 | | WITHDRAWAL of : 171 MOTION for an Order that Certain of Hasbro's Requests for Admission Are Deemed Admitted or, in the Alternative, for an Order Compelling Responses by Hasbro, Inc . (Krumholz, Joshua) (Entered: 12/15/2017) |
| 12/19/2017 | 176 | | MEMORANDUM AND ORDER denying 130 Motion in Limine to Exclude Bill Markham's 1989 Deposition Testimony. So Ordered by Chief Judge William E. Smith on 12/19/2012. (Jackson, Ryan) (Entered: 12/19/2017) |
| 12/19/2017 | | | TEXT ORDER denying as moot 160 Motion for Leave to File. So Ordered by Chief Judge William E. Smith on 12/19/2017. (Jackson, Ryan) (Entered: 12/19/2017) |
| 12/19/2017 | | | Minute Entry for proceedings held before Chief Judge William E. Smith: Telephone Conference held on 12/19/2017; counsel on call: R. Pollaro, J. Moerhinger, M. Dunn; J. Krumholz, C. Batliner, P. Rocha; R. Gainor, G. Wexler, D. Jenkins; E. Renner, E. Van Loon. (Jackson, Ryan) (Entered: 12/20/2017) |
| 12/20/2017 | | | TEXT ORDER Setting Deadlines: Conclusion of Bench Trial will begin on Monday 3/5/18; Plaintiff will file a motion to reopen limited discovery on or before 1/3/18; Defendants will object or respond to that motion on or before 1/12/18; Witness Disclosures for any witnesses to be called at the continuation of trial are to be made by 2/5/18; all briefing on any *Daubert* issues is to be filed by 2/23/18. So Ordered by Chief Judge William E. Smith on 12/19/2017. (Jackson, Ryan) (Entered: 12/20/2017) |
| 01/03/2018 | 177 | | MOTION for Discovery */ to Re−Open Discovery on a Limited Basis* filed by All Plaintiffs. Responses due by 1/17/2018. (Pollaro, Robert) (Entered: 01/03/2018) |
| 01/03/2018 | 178 | | DECLARATION re 177 MOTION for Discovery */ to Re−Open Discovery on a Limited Basis* by All Plaintiffs. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Pollaro, Robert) (Entered: 01/03/2018) |
| 01/10/2018 | | | |

| | | | |
|---|---|---|---|
| | | | TEXT ORDER ENTERING BRIEFING SCHEDULE: Any and all *Daubert* motions to be filed on or before 2/12/18; any and all opposition briefs to be filed on or before 2/20/18; any and all reply briefs to be filed on or before 2/23/18. So Ordered by Chief Judge William E. Smith on 1/10/2018. (Jackson, Ryan) (Entered: 01/10/2018) |
| 01/12/2018 | 179 | | RESPONSE In Opposition to 177 MOTION for Discovery */ to Re−Open Discovery on a Limited Basis / Defendant and Counterclaim Plaintiff Reuben Klamer's Opposition to Plaintiffs' Motion to Re−Open Discovery on a Limited Basis and Request to Strike Ross Declaration* filed by Reuben Klamer. Replies due by 1/19/2018. (Attachments: # 1 Declaration of Reuben Klamer, # 2 Declaration of Leonard Israel, # 3 Declaration of Grace Falco Chambers)(Renner, Eric) (Entered: 01/12/2018) |
| 01/12/2018 | 180 | | RESPONSE In Opposition to 177 MOTION for Discovery */ to Re−Open Discovery on a Limited Basis* filed by Hasbro, Inc. Replies due by 1/19/2018. (Krumholz, Joshua) (Entered: 01/12/2018) |
| 01/17/2018 | 181 | | DECLARATION re 179 Response to Motion, *Supplemental Declaration of Leonard Israel in Support of Reuben Klamer's Opposition to Plaintiffs' Motion to Re−Open Discovery on a Limited Basis* by Reuben Klamer. (Renner, Eric) (Entered: 01/17/2018) |
| 01/18/2018 | 182 | | PLEASE DISREGARD THIS ENTRY; DOCUMENT REFILED AS ECF #183 with Additional Exhibit REPLY to Response re 180 Response to Motion *to Re−Open Discovery on a Limited Basis* filed by Susan Garretson, Lorraine Markham, Markham Concepts, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Pollaro, Robert) Modified on 1/19/2018 (Jackson, Ryan). (Entered: 01/18/2018) |
| 01/18/2018 | 183 | | REPLY to Response re 180 Response to Motion *to Re−Open Discovery on a Limited Basis* filed by Susan Garretson, Lorraine Markham, Markham Concepts, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Pollaro, Robert) (Entered: 01/18/2018) |
| 01/29/2018 | 184 | | ORDER granting 177 Motion for to Reopen Discovery. So Ordered by Chief Judge William E. Smith on 1/29/2018. (Jackson, Ryan) (Entered: 01/29/2018) |
| 02/01/2018 | 185 | | MOTION for Thomas P. Burke Jr. to Appear Pro Hac Vice ( filing fee paid $ 100.00, receipt number 0103−1173106 ) filed by Reuben Klamer. (Renner, Eric) (Entered: 02/01/2018) |
| 02/06/2018 | | | TEXT ORDER granting 185 Motion to Appear Pro Hac Vice of Thomas P. Burke, Jr. So Ordered by Chief Judge William E. Smith on 2/6/2018. (Potter, Carrie) (Entered: 02/06/2018) |
| 02/12/2018 | 186 | | MOTION to Strike *the Expert Testimony of Robert Carty* filed by Hasbro, Inc. Responses due by 2/26/2018. (Krumholz, Joshua) (Entered: 02/12/2018) |
| 02/12/2018 | 187 | | DECLARATION re 186 MOTION to Strike *the Expert Testimony of Robert Carty* by Hasbro, Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Krumholz, Joshua) (Entered: 02/12/2018) |
| 02/12/2018 | 188 | | MOTION to Seal *Portions of Motion in Limine to Exclude Expert Reports and Testimony of Philip Orbanes* Filed. Notice Sent To: All Plaintiffs. |

| | | | |
|---|---|---|---|
| | | | (Attachments: # 1 Proposed Sealed Document Motion In Limine, # 2 Exhibit A, # 3 Exhibit B, # 4 Proposed Sealed Document C (Unredacted), # 5 Proposed Sealed Document Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit 2–Redacted Motion In Limine, # 9 Exhibit C (Redacted))(Dunn, Mary) **This entry/document has been filed under seal pursuant to statute, rule or court order and access is restricted. Please login to CM/ECF to view document(s).** (Entered: 02/12/2018) |
| 02/12/2018 | 189 | | MOTION in Limine *to Exclude Expert Reports and Testimony of Philip Orbanes (REDACTED)* filed by All Plaintiffs. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit E, # 5 Exhibit F)(Dunn, Mary) (Entered: 02/12/2018) |
| 02/12/2018 | 190 | | NOTICE by Reuben Klamer re 186 MOTION to Strike *the Expert Testimony of Robert Carty / Notice to Join in Defendant Hasbro, Inc.s Motion to Exclude the Expert Testimony of Robert Carty* (Renner, Eric) (Entered: 02/12/2018) |
| 02/15/2018 | | | TEXT ORDER granting 188 Motion to Seal. So Ordered by Chief Judge William E. Smith on 2/15/2018. (Jackson, Ryan) (Entered: 02/15/2018) |
| 02/16/2018 | | | NOTICE of Hearing: Continued Bench Trial *schedule for Monday 3/5/2018 at 9:00 AM and continuing on Tuesday 3/6/18 in Courtroom 3* before Chief Judge William E. Smith.(Jackson, Ryan) (Entered: 02/16/2018) |
| 02/20/2018 | 192 | | RESPONSE In Opposition to 186 MOTION to Strike *the Expert Testimony of Robert Carty – Plaintiffs Response to Defendant Hasbro, Inc.s motion to exclude the expert testimony of Robert Carty* filed by Susan Garretson, Lorraine Markham, Markham Concepts, Inc.. Replies due by 2/27/2018. (Attachments: # 1 Exhibit Transcript – Videotaped Deposition of Robert Carty, # 2 Exhibit Expert Report of Robert Carty, # 3 Exhibit Transcript – Videotaped Deposition of Phillip E. Orbanes)(Pollaro, Robert) (Entered: 02/20/2018) |
| 02/20/2018 | 193 | | RESPONSE In Opposition to 189 MOTION in Limine *to Exclude Expert Reports and Testimony of Philip Orbanes (REDACTED)*, 191 MOTION in Limine *(Unredacted) to Exclude Expert Reports and Testimony of Philip Orbanes* filed by Hasbro, Inc. Replies due by 2/27/2018. (Krumholz, Joshua) (Entered: 02/20/2018) |
| 02/20/2018 | 194 | | DECLARATION re 193 Response to Motion, by Hasbro, Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Krumholz, Joshua) (Entered: 02/20/2018) |
| 02/23/2018 | 195 | | REPLY to Response re 192 Response to Motion,, *to Exclude Expert Testimony of Robert Carty* filed by Hasbro, Inc. (Rocha, Patricia) (Entered: 02/23/2018) |
| 02/23/2018 | 196 | | DECLARATION re 195 Reply to Response *of Courtney Batliner* by Hasbro, Inc. (Attachments: # 1 Exhibit A)(Rocha, Patricia) (Attachment 1 replaced on 3/2/2018) (Jackson, Ryan). (Entered: 02/23/2018) |
| 02/23/2018 | 197 | | MOTION to Seal *Portions of Reply in Further Support of Motion to Exclude Expert Testimony of Philip Orbanes* Filed. Notice Sent To: All Plaintiffs. (Attachments: # 1 Proposed Sealed Document Exhibit 1, # 2 Proposed Sealed Document Exhibit B, # 3 Exhibit 2 (Redacted), # 4 Exhibit B (Redacted))(Dunn, Mary) **This entry/document has been filed under seal pursuant to statute, rule or court order and access is restricted. Please** |

| | | | |
|---|---|---|---|
| | | | **login to CM/ECF to view document(s).** (Entered: 02/23/2018) |
| 02/23/2018 | <u>198</u> | | REPLY to Response re <u>193</u> Response to Motion, *(Redacted)* filed by All Plaintiffs. (Dunn, Mary) (Entered: 02/23/2018) |
| 02/23/2018 | <u>199</u> | | DECLARATION re <u>198</u> Reply to Response by All Plaintiffs. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B (Redacted), # <u>3</u> Exhibit C, # <u>4</u> Exhibit D, # <u>5</u> Exhibit E, # <u>6</u> Exhibit F, # <u>7</u> Exhibit G)(Dunn, Mary) (Entered: 02/23/2018) |
| 02/26/2018 | | | TEXT ORDER granting <u>197</u> Motion to Seal. So Ordered by Chief Judge William E. Smith on 2/26/2018. (Jackson, Ryan) (Entered: 02/26/2018) |
| 03/02/2018 | <u>202</u> | | MOTION to Strike <u>199</u> Declaration, <u>198</u> Reply to Response, <u>191</u> MOTION in Limine *(Unredacted) to Exclude Expert Reports and Testimony of Philip Orbanes Motion to Strike Errata Sheet and in Further Support of Motion to Exclude Expert Reports and Testimony of Philip Orbanes* filed by All Plaintiffs. Responses due by 3/16/2018. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B)(Dunn, Mary) (Entered: 03/02/2018) |
| 03/05/2018 | | | Minute Entry for proceedings held before Chief Judge William E. Smith: Bench Trial held on 3/5/2018. Mary C. Dunn, David A. Cole, John T. Moehringer and Robert M. Pollaro for the Plaintiff. Joshua C. Krumholz, Eric E. Renner, Erica J. Van Loon, Courtney L. Batliner, Christine K. Bush, and David B. Jinkins for the Defendant. Court addresses. 3 Witnesses sworn. 9 exhibit offered. Plaintiff rests. Directed verdict motions made by plaintiff. Court reserves on motions. Court addresses. Bench Trial continued until Tuedsay, 3/7/2018 at 9:00. Recess. (Court Reporter Denise Veitch in Courtroom 3 at 9:13.) (Jackson, Kerrie) (Entered: 03/06/2018) |
| 03/06/2018 | | | Minute Entry for proceedings held before Chief Judge William E. Smith: Bench Trial held on 3/6/2018. Mary C. Dunn, David A. Cole, John T. Moehringer and Robert M. Pollaro for the Plaintiff. Joshua C. Krumholz, Eric E. Renner, Erica J. Van Loon, Courtney L. Batliner, Christine K. Bush, and David B. Jinkins for the Defendant. Court addresses. Continuation of witness. 5 exhibits offered. Defense rests. Plaintiff makes motion for directed verdict. Post Trial Briefs with proposed findings are due April 12, 2018, and are not to exceed 30 pages. Replies are due by May 4, 2018, and are not to exceed 15 pages. Closing arguments are scheduled for May 10, 2018 at 10:00. Recess. (Court Reporter Denise Veitch in Courtroom 3 at 9:09.) (Jackson, Kerrie) (Entered: 03/06/2018) |
| 03/06/2018 | | | NOTICE of Hearing: Bench Trial set for Thursday, 5/10/2018 at 10:00 AM in Courtroom 3 before Chief Judge William E. Smith. (Jackson, Kerrie) (Entered: 03/06/2018) |
| 03/09/2018 | <u>203</u> | | TRANSCRIPT ORDER for proceedings held on 3/5/2018–3/6/2018 before Judge William E. Smith. Expedited Transcript selected. Transcript to be delivered within 7 calendar days.. (Krumholz, Joshua) (Entered: 03/09/2018) |
| 03/12/2018 | <u>204</u> | | TRANSCRIPT ORDER for proceedings held on 03–05–2018 to 03–06–2018 before Judge Smith. Expedited Transcript selected. Transcript to be delivered within 7 calendar days.. (Dunn, Mary) (Entered: 03/12/2018) |
| 03/12/2018 | <u>205</u> | | TRANSCRIPT ORDER ACKNOWLEDGMENT Entered re: <u>204</u> Transcript Order, <u>203</u> Transcript Order. Court Reporter/Transcriber: Denise Veitch. |

| | | | |
|---|---|---|---|
| | | | Transcript due by 3/19/2018. (Dias, Jennifer) (Entered: 03/12/2018) |
| 03/12/2018 | 206 | | TRANSCRIPT ORDER for proceedings held on 3/5/2018 – 3/6/2018 before Judge Smith. Expedited Transcript selected. Transcript to be delivered within 7 calendar days.. (Renner, Eric) (Entered: 03/12/2018) |
| 03/15/2018 | 207 | | TRANSCRIPT of Bench Trial, Volume III, held on March 5, 2018, before Chief Judge William E. Smith. Court Reporter Denise P. Veitch, Telephone number 401–323–9337. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter or PACER. **NOTICE TO COUNSEL: Redaction Requests must be filed for personal identifiers only. All other redactions must be requested by motion. For local policy and sample redaction request visit our website at www.rid.uscourts.gov and select Transcripts under the Case Information menu option**. Redaction Request due 4/5/2018. Redacted Transcript Deadline set for 4/16/2018. Release of Transcript Restriction set for 6/13/2018. (Veitch, Denise) (Entered: 03/15/2018) |
| 03/15/2018 | 208 | | TRANSCRIPT of Bench Trial, Volume IV, held on March 6, 2018, before Chief Judge William E. Smith. Court Reporter Denise P. Veitch, Telephone number 401–323–9337. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter or PACER. **NOTICE TO COUNSEL: Redaction Requests must be filed for personal identifiers only. All other redactions must be requested by motion. For local policy and sample redaction request visit our website at www.rid.uscourts.gov and select Transcripts under the Case Information menu option**. Redaction Request due 4/5/2018. Redacted Transcript Deadline set for 4/16/2018. Release of Transcript Restriction set for 6/13/2018. (Veitch, Denise) (Entered: 03/15/2018) |
| 03/15/2018 | 209 | | RESPONSE In Opposition to 202 MOTION to Strike 199 Declaration, 198 Reply to Response, 191 MOTION in Limine *(Unredacted) to Exclude Expert Reports and Testimony of Philip Orbanes Motion to Strike Errata Sheet and in Further Support of Motion to Exclude Expe filed by Hasbro, Inc. Replies due by 3/22/2018. (Krumholz, Joshua) (Entered: 03/15/2018)* |
| 03/15/2018 | 210 | | DECLARATION re 209 Response to Motion, by Hasbro, Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Krumholz, Joshua) (Entered: 03/15/2018) |
| 03/22/2018 | 211 | | TRANSCRIPT ORDER for proceedings held on 3/5/18–3/6/18 before Judge Smith. Expedited Transcript selected. Transcript to be delivered within 7 calendar days.. (Gainor, Ryan) (Entered: 03/22/2018) |
| 03/22/2018 | 212 | | TRANSCRIPT ORDER ACKNOWLEDGMENT Entered re: 211 Transcript Order. Court Reporter/Transcriber: Denise Veitch. Transcript due by 3/29/2018. (Dias, Jennifer) (Entered: 03/22/2018) |
| 03/23/2018 | 213 | | MOTION for Mark T. Goracke to Appear Pro Hac Vice ( filing fee paid $ 100.00, receipt number 0103–1193770 ) filed by Hasbro, Inc. (Rocha, Patricia) (Entered: 03/23/2018) |
| 03/23/2018 | | | TEXT ORDER granting 213 Motion to Appear Pro Hac Vice of Mark T. Goracke. So Ordered by Chief Judge William E. Smith on 3/23/2018. (Potter, |

| | | | |
|---|---|---|---|
| | | | Carrie) (Entered: 03/23/2018) |
| 04/12/2018 | 214 | | POST TRIAL BRIEF by Max Candiotty, Thomas Feiman, Dawn Linkletter Griffin, Dennis Linkletter, Michael Linkletter, Sharon Linkletter, Robert Miller, Laura Linkletter Rich. (Gainor, Ryan) (Entered: 04/12/2018) |
| 04/12/2018 | 215 | | NOTICE by Reuben Klamer / *Notice of Withdrawal of Brittany M. Elias* (Renner, Eric) (Entered: 04/12/2018) |
| 04/12/2018 | 216 | | Amended Proposed Findings of Fact by Hasbro, Inc.(Krumholz, Joshua) (Entered: 04/12/2018) |
| 04/12/2018 | 217 | | Amended Proposed Conclusions of Law by Hasbro, Inc.(Krumholz, Joshua) (Entered: 04/12/2018) |
| 04/12/2018 | 218 | | POSTTRIAL MEMORANDUM by Susan Garretson, Lorraine Markham, Markham Concepts, Inc..(Pollaro, Robert) (Entered: 04/12/2018) |
| 04/12/2018 | 219 | | POST TRIAL BRIEF by Reuben Klamer. (Renner, Eric) (Entered: 04/12/2018) |
| 04/12/2018 | 220 | | Proposed Findings of Fact by Susan Garretson, Lorraine Markham, Markham Concepts, Inc..(Pollaro, Robert) (Entered: 04/12/2018) |
| 04/12/2018 | 221 | | Proposed Findings of Fact by Reuben Klamer.(Renner, Eric) (Entered: 04/12/2018) |
| 04/12/2018 | 222 | | Proposed Conclusions of Law by Reuben Klamer.(Renner, Eric) (Entered: 04/12/2018) |
| 04/12/2018 | 223 | | POST–TRIAL BRIEF by Hasbro, Inc.(Krumholz, Joshua) (Entered: 04/12/2018) |
| 04/12/2018 | 224 | | Proposed Conclusions of Law by Susan Garretson, Lorraine Markham, Markham Concepts, Inc. /*Conclusions of Law* (Pollaro, Robert) (Entered: 04/12/2018) |
| 05/04/2018 | 225 | | REPLY MEMORANDUM re 214 Post Trial Brief *of Defendants Dawn Linkletter Griffin, Sharon Linkletter, Michael Linkletter, Laura Linkletter Rich, Dennis Linkletter, Thomas Feiman, Robert Miller and Max Candiotty*. (Gainor, Ryan) (Entered: 05/04/2018) |
| 05/04/2018 | 226 | | REPLY POST–TRIAL BRIEF by Hasbro, Inc. (Attachments: # 1 Exhibit Tab A)(Krumholz, Joshua) (Entered: 05/04/2018) |
| 05/04/2018 | 227 | | REPLY POST–TRIAL BRIEF by Reuben Klamer.(Renner, Eric) (Entered: 05/04/2018) |
| 05/04/2018 | 228 | | Supplemental Post–Trial Proposed Findings of Fact by Reuben Klamer.(Renner, Eric) (Entered: 05/04/2018) |
| 05/04/2018 | 229 | | REPLY MEMORANDUM / *PLAINTIFFS AND COUNTERCLAIM DEFENDANTS THE MARKHAM PARTIES' RESPONSE TO DEFENDANTS' POST–TRIAL MEMORANDA*. (Pollaro, Robert) (Entered: 05/04/2018) |
| 05/04/2018 | 230 | | Plaintiffs and Counter–Claim Defendants the Markham Parties' Final Findings of Fact by Susan Garretson, Lorraine Markham, Markham Concepts, Inc.(Pollaro, Robert) (Entered: 05/04/2018) |

| 05/04/2018 | 231 | | Plaintiffs and Counter–Claim Defendants The Markham Parties' Final Conclusions of Law by Susan Garretson, Lorraine Markham, Markham Concepts, Inc. (Pollaro, Robert) (Entered: 05/04/2018) |
| 05/10/2018 | | | Minute Entry for proceedings held before Chief Judge William E. Smith: Bench Trial held on 5/10/2018. Robert M. Pollaro, John t. Moehringer, David A. Cole, and Mary C. Dunn for the Plaintiffs. Joshua C. Krumholz, Courtney L. Batliner, Patricial L. Glaser, Erica J. Van Loon, Eric e. Renner, Christine Bush, David B. Jinkins, Mark T. Goracke, and Robert Turner for the Defendants. Court addresses. Counsel give closing arguments. Rebuttal by Plaintiffs. Defense clarifies for the record. Court to prepare an Opinion. Recess. (Court Reporter Denise Veitch in Courtroom 3 at 10:08.) (Jackson, Kerrie) (Entered: 05/10/2018) |
| 05/14/2018 | 232 | | TRANSCRIPT ORDER for proceedings held on 5/10/2018 before Judge Chief Judge William Smith. Ordinary Transcript delivery selected. Transcript to be delivered in 30 days.. (Krumholz, Joshua) (Entered: 05/14/2018) |
| 05/15/2018 | 233 | | TRANSCRIPT ORDER ACKNOWLEDGMENT Entered re: 232 Transcript Order. Court Reporter/Transcriber: Denise Veitch. Transcript due by 6/14/2018. (Dias, Jennifer) (Entered: 05/15/2018) |
| 05/15/2018 | 234 | | TRANSCRIPT ORDER for proceedings held on 05–10–2018 before Judge William Smith. Ordinary Transcript delivery selected. Transcript to be delivered in 30 days.. (Dunn, Mary) (Entered: 05/15/2018) |
| 05/15/2018 | 235 | | TRANSCRIPT ORDER ACKNOWLEDGMENT Entered re: 234 Transcript Order. Court Reporter/Transcriber: Denise Veitch. Transcript due by 6/14/2018. (Dias, Jennifer) (Entered: 05/15/2018) |
| 05/21/2018 | 236 | | TRANSCRIPT ORDER for proceedings held on 5/10/2018 before Judge Smith. Ordinary Transcript delivery selected. Transcript to be delivered in 30 days.. (Renner, Eric) (Entered: 05/21/2018) |
| 05/21/2018 | 237 | | TRANSCRIPT ORDER ACKNOWLEDGMENT Entered re: 236 Transcript Order. Court Reporter/Transcriber: Denise Veitch. Transcript due by 6/20/2018. (Dias, Jennifer) (Entered: 05/21/2018) |
| 06/04/2018 | 238 | | TRANSCRIPT of Bench Trial, Volume V, held on May 10, 2018, before Chief Judge William E. Smith. Court Reporter Denise P. Veitch, Telephone number 401–323–9337. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter or PACER. **NOTICE TO COUNSEL: Redaction Requests must be filed for personal identifiers only. All other redactions must be requested by motion. For local policy and sample redaction request visit our website at www.rid.uscourts.gov and select Transcripts under the Case Information menu option**. Redaction Request due 6/25/2018. Redacted Transcript Deadline set for 7/5/2018. Release of Transcript Restriction set for 9/4/2018. (Veitch, Denise) (Entered: 06/04/2018) |
| 09/20/2018 | 239 | | NOTICE of Change of Address by Eric E. Renner (Renner, Eric) (Entered: 09/20/2018) |
| 01/25/2019 | | | |

| | | | |
|---|---|---|---|
| | | | TEXT ORDER denying 186 Motion to Strike ; denying 189 Motion in Limine: Both sides moved in limine to exclude the testimony of the other's expert witness. See Mots. to Exclude, ECF Nos. 186 and 189. In their respective submissions, both parties raised questions regarding the credibility, relevance, and bases of the other side's proposed expert testimony. The Court nonetheless allowed both experts to testify, leaving it to the lawyers to explore their respective objections during cross–examination. Such a course was especially appropriate given this case was tried to the Court. These motions, therefore, are DENIED. See In re Salem, 465 F.3d 767, 777 (7th Cir. 2006) ("[W]here the factfinder and the gatekeeper are the same, the court does not err in admitting the evidence subject to the ability later to exclude it or disregard it if it turns out not to meet the standard of reliability established by Rule 702."). So Ordered by Chief Judge William E. Smith on 1/25/2019. (Jackson, Ryan) (Entered: 01/25/2019) |
| 01/25/2019 | | | TEXT ORDER denying 202 Motion to Strike: Plaintiffs moved to strike the errata sheet submitted in connection with the deposition of Philip E. Orbanes, Defendant Hasbro, Inc.'s, expert. Mot. to Strike, ECF No. 202. This motion is DENIED. See Bennett v. Kent Cty. Mem'l Hosp., C.A. No. 07163ML, 2009 WL 101851, at *2 (D.R.I. Jan. 14, 2009) (allowing contradictory amendment where "the Court c[ould] not conclude that the change [was] made in bad faith or otherwise in violation of Rule 30(e)"). So Ordered by Chief Judge William E. Smith on 1/25/2019. (Jackson, Ryan) (Entered: 01/25/2019) |
| 01/25/2019 | | | TEXT ORDER: The parties have submitted to the Court two binders containing proposed evidence. One holds proposed deposition designations; the other proposed exhibits. To the extent the parties' respective proposed evidence has not been objected to by the other side, it is admitted. As for the objected–to proposed evidence, the Court has determined that none of it is necessary to the result; therefore, the Court will make it part of the record for identification only. Either party may renew its objections if, for any reason, this case is retried. So Ordered by Chief Judge William E. Smith on 1/25/2019. (Jackson, Ryan) (Entered: 01/25/2019) |
| 01/25/2019 | 240 | 66 | FINDINGS OF FACT AND CONCLUSIONS OF LAW. So Ordered by Chief Judge William E. Smith on 1/25/2019. (Jackson, Ryan) (Entered: 01/25/2019) |
| 02/13/2019 | | | NOTICE of Hearing: Telephone Conference re: Status *scheduled for Thursday 3/7/2019 at 3:30 PM* before Chief Judge William E. Smith; call–in instructions will be emailed to all counsel of record prior to the date of the call. (Jackson, Ryan) (Entered: 02/13/2019) |
| 02/22/2019 | 241 | | MOTION to Amend/Correct 240 Findings of Fact & Conclusions of Law filed by Susan Garretson, Lorraine Markham, Markham Concepts, Inc.. **Responses due by 3/8/2019.** (Pollaro, Robert) (Entered: 02/22/2019) |
| 03/07/2019 | | | Minute Entry for proceedings held before Chief Judge William E. Smith: Telephone Status Conference held on 3/7/2019; counsel on call: R. Pollaro; P. Glaser; J. Krumholz. (Jackson, Ryan) (Entered: 03/07/2019) |
| 03/07/2019 | | | NOTICE of Hearing on 241 MOTION to Amend/Correct 240 Findings of Fact & Conclusions of Law: Motion Hearing *scheduled for Monday 3/25/2019 at 10:00 AM in Courtroom 3* before Chief Judge William E. Smith. (Jackson, Ryan) (Entered: 03/07/2019) |

| 03/08/2019 | 242 | RESPONSE In Opposition to 241 MOTION to Amend/Correct 240 Findings of Fact & Conclusions of Law filed by Reuben Klamer. **Replies due by 3/15/2019.** (Renner, Eric) (Entered: 03/08/2019) |
|---|---|---|
| 03/08/2019 | 243 | RESPONSE In Opposition to 241 MOTION to Amend/Correct 240 Findings of Fact & Conclusions of Law filed by Ida Mae Atkins, Max Candiotty, Thomas Feiman, Dawn Linkletter Griffin, Dennis Linkletter, Michael Linkletter, Sharon Linkletter. **Replies due by 3/15/2019.** (Gainor, Ryan) (Entered: 03/08/2019) |
| 03/08/2019 | 244 | RESPONSE In Opposition to 241 MOTION to Amend/Correct 240 Findings of Fact & Conclusions of Law filed by Hasbro, Inc. **Replies due by 3/15/2019.** (Rocha, Patricia) (Entered: 03/08/2019) |
| 03/15/2019 | 245 | REPLY to Response re 242 Response to Motion, 244 Response to Motion, 243 Response to Motion, filed by Susan Garretson, Lorraine Markham, Markham Concepts, Inc.. (Pollaro, Robert) (Entered: 03/15/2019) |
| 03/25/2019 | | Minute Entry for proceedings held before Chief Judge William E. Smith: Motion Hearing held on 3/25/2019 re 241 MOTION to Amend/Correct 240 Findings of Fact & Conclusions of Law. Robert M. Pallaro, David A. Cole and Mary C. Dunn for the Plaintiffs. Patricial L. Glaser, Erica Van Loon, Patricia K. Rocha, Courtnes L. Batliner, Ryan M. Gainor and Joshua C. Krumholz for the Defendant. Court addresses. Counsel address Motion. Court denies Motion. Court will reserve on the issue of whether to certify under 54(b)until counsel meet with Magistrate Judge. (Court Reporter Denise /Veitch in Courtroom 3 at 10:05.) (Jackson, Kerrie) (Entered: 03/25/2019) |
| 03/25/2019 | | TEXT ORDER denying 241 Motion to Amend/Correct. So Ordered by Chief Judge William E. Smith on 3/25/2019. (Jackson, Kerrie) (Entered: 03/25/2019) |
| 03/25/2019 | | Minute Entry for proceedings held before Magistrate Judge Patricia A. Sullivan: Settlement Conference held on 3/25/2019. (Chambers at 11:05.) (Saucier, Martha) (Entered: 03/25/2019) |
| 03/25/2019 | | NOTICE of Hearing: Telephone Conference set for **3/28/2019 at 11:00 AM** in Magistrate Judge Sullivan Chambers before Magistrate Judge Patricia A. Sullivan with Plaintiff's Counsel only. Court to initiate the call. (Saucier, Martha) (Entered: 03/25/2019) |
| 03/25/2019 | | NOTICE of Hearing: Telephone Conference set for **3/29/2019 at 10:00 AM** in Magistrate Judge Sullivan Chambers before Magistrate Judge Patricia A. Sullivan with Defendant's Counsel only. Court to initiate the call. (Saucier, Martha) (Entered: 03/25/2019) |
| 03/28/2019 | | Minute Entry for proceedings held before Magistrate Judge Patricia A. Sullivan: Telephone Conference held on 3/28/2019 with Attorneys Robert Pollaro and David Cole. (Chambers at 11:00.) (Saucier, Martha) (Entered: 03/28/2019) |
| 03/29/2019 | | Minute Entry for proceedings held before Magistrate Judge Patricia A. Sullivan: Telephone Conference held on 3/29/2019 with Attorneys Patricia Glaser,Erica Van Loon,Joshua Krumholz, Courtney Batliner and Ryan Gainor. (Chambers at 10:00.) (Saucier, Martha) (Entered: 03/29/2019) |
| 03/29/2019 | | |

| | | | |
|---|---|---|---|
| | | | NOTICE of Hearing: Telephone Conference set for 4/3/2019 at 04:30 PM in Magistrate Judge Sullivan Chambers before Magistrate Judge Patricia A. Sullivan with Defendants' counsel only. (Saucier, Martha) (Entered: 03/29/2019) |
| 04/01/2019 | | | NOTICE of Hearing: Telephone Conference set for **4/4/2019 at 04:00 PM** in Magistrate Judge Sullivan Chambers before Magistrate Judge Patricia A. Sullivan with Plaintiff's Counsel only. (Saucier, Martha) (Entered: 04/01/2019) |
| 04/03/2019 | | | Minute Entry for proceedings held before Magistrate Judge Patricia A. Sullivan: Telephone Conference held on 4/3/2019 with Attorneys Patricia Glaser, Erica Van Loon, Joshua Krumholz, Ryan Gainor and David Jinkins. (Chambers at 4:30.) (Saucier, Martha) (Entered: 04/03/2019) |
| 04/04/2019 | | | Minute Entry for proceedings held before Magistrate Judge Patricia A. Sullivan: Telephone Conference held on 4/4/2019 with Attorneys Robert Pollaro and David Cole. (Chambers at 4:00.) (Saucier, Martha) (Entered: 04/05/2019) |
| 04/05/2019 | | | NOTICE of Hearing: Telephone Conference set for **4/9/2019 at 09:30 AM** in Courtroom B before Magistrate Judge Patricia A. Sullivan with Plaintiff's counsel only. (Saucier, Martha) (Entered: 04/05/2019) |
| 04/09/2019 | | | Minute Entry for proceedings held before Magistrate Judge Patricia A. Sullivan: Telephone Conference held on 4/9/2019 with Attorney Robert Pollaro. (Chambers at 9:30.) (Saucier, Martha) (Entered: 04/09/2019) |
| 04/09/2019 | | | NOTICE of Hearing: Telephone Conference set for **4/10/2019 at 03:30 PM** in Magistrate Judge Sullivan Chambers before Magistrate Judge Patricia A. Sullivan. Dial in instruction via email.(Saucier, Martha) (Entered: 04/09/2019) |
| 04/10/2019 | | | Minute Entry for proceedings held before Magistrate Judge Patricia A. Sullivan: Telephone Conference held on 4/10/2019 with Attorneys Van Loon, Krumholz, Rocha, Gainor, Batliner, Glaser and Jinkins. (Chambers at 3:30.) (Saucier, Martha) (Entered: 04/10/2019) |
| 04/15/2019 | 246 | | TRANSCRIPT of Plaintiffs' Motion to Amend Findings of Fact and Conclusions of Law, held on March 25, 2019, before Judge William E. Smith. Court Reporter Denise P. Veitch, Telephone number 401–752–7031. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter or PACER. **NOTICE TO COUNSEL: Redaction Requests must be filed for personal identifiers only. All other redactions must be requested by motion. For local policy and sample redaction request visit our website at www.rid.uscourts.gov and select Transcripts under the Case Information menu option**. Redaction Request due 5/6/2019. Redacted Transcript Deadline set for 5/16/2019. Release of Transcript Restriction set for 7/15/2019. (Veitch, Denise) (Entered: 04/15/2019) |
| 04/16/2019 | | | NOTICE of Hearing: Telephone Conference with Defendants' Counsel only set for 4/17/2019 at 04:00 PM in Magistrate Judge Sullivan Chambers before Magistrate Judge Patricia A. Sullivan. Call in instructions to be sent by email. (Noel, Jeannine) (Entered: 04/16/2019) |

| | | | |
|---|---|---|---|
| 04/17/2019 | | | Minute Entry for proceedings held before Magistrate Judge Patricia A. Sullivan: Telephone Conference with Courtney Batliner, Patricia Glaser, Erica Van Loon, David Jinkins, Ryan Gainor held on 4/17/2019. (Noel, Jeannine) (Entered: 04/17/2019) |
| 04/22/2019 | | | NOTICE of Hearing: Telephone Conference set for **4/24/2019 at 03:00 PM** in Magistrate Judge Sullivan Chambers before Magistrate Judge Patricia A. Sullivan with the following Plaintiffs counsel only: David Cole and Robert Pollaro. Court to initiate the call.(Saucier, Martha) (Entered: 04/22/2019) |
| 04/24/2019 | | | HEARING CANCELLED re Telephone Conference set for 4/24/2019 at 03:00 PM in Magistrate Judge Sullivan Chambers before Magistrate Judge Patricia A. Sullivan has been cancelled. Court to Reschedule. (Saucier, Martha) (Entered: 04/24/2019) |
| 04/24/2019 | | | NOTICE of Hearing: Telephone Conference set for **4/26/2019 at 02:30 PM** in Magistrate Judge Sullivan Chambers before Magistrate Judge Patricia A. Sullivan with counsel of record. Court to initiate the call. (Saucier, Martha) (Entered: 04/24/2019) |
| 04/26/2019 | 247 | | TRANSCRIPT ORDER for proceedings held on 3/25/2019 before Judge Smith. Ordinary Transcript delivery selected. Transcript to be delivered in 30 days.. (Dunn, Mary) (Entered: 04/26/2019) |
| 04/26/2019 | 248 | | TRANSCRIPT ORDER ACKNOWLEDGMENT Entered re: 247 Transcript Order. Court Reporter/Transcriber: Denise Veitch. (Dias, Jennifer) (Entered: 04/26/2019) |
| 04/26/2019 | | | Minute Entry for proceedings held before Magistrate Judge Patricia A. Sullivan: Telephone Conference held on 4/26/2019 with Attorneys Robert Pollaro and David Cole. (Chambers at 2:30.) (Saucier, Martha) (Entered: 04/29/2019) |
| 07/22/2019 | 249 | | STIPULATION *of Partial Dismissal With Prejudice* filed by Hasbro, Inc. (Rocha, Patricia) (Entered: 07/22/2019) |
| 07/25/2019 | | | TEXT ORDER entering 249 Stipulation of partial dismissal with prejudice – So Ordered by Chief Judge William E. Smith on 7/25/2019 (Barletta, Barbara) (Entered: 07/25/2019) |
| 07/29/2019 | 250 | | ORDER DENYING 241 MOTION to Amend/Correct 240 Findings of Fact & Conclusions of Law filed by Lorraine Markham, Susan Garretson, Markham Concepts, Inc. and directing parties to show cause by 8/2/19 as to why final judgment should not enter – So Ordered by Chief Judge William E. Smith on 7/29/2019. (Barletta, Barbara) (Entered: 07/29/2019) |
| 08/14/2019 | 251 | 64 | CLERK'S JUDGMENT in favor of Hasbro, Inc., Reuben Klamer, Dawn Linkletter Griffin, Sharon Linkletter, Michael Linkletter, Laura Linkletter Rich, Dennis Linkletter, Thomas Feiman (in his capacity as co−trustee of the Irvin S. and Ida Mae Atkins Family Trust), Robert Miller (in his capacity as co−trustee of the Irvin S. and Ida Mae Atkins Family Trust), and Max Candiotty (in his capacity as co−trustee of the Irvin S. and Ida Mae Atkins Family Trust) and against the Plaintiffs Markham Concepts, Inc., Lorraine Markham, and Susan Garretson as to Count III of the Third Amended Complaint (ECF No. 127 ). The remaining counts of the complaint were dismissed by this Court's July 25, |

| | | | |
|---|---|---|---|
| | | | 2019 Text Order entering the parties Stipulation of Partial Dismissal with Prejudice (ECF No. 249 ). (Urizandi, Nisshy) (Entered: 08/14/2019) |
| 08/21/2019 | 252 | | Assented MOTION for an Extension of Time to File filed by Hasbro, Inc. **Responses due by 9/4/2019.** (Rocha, Patricia) (Entered: 08/21/2019) |
| 08/22/2019 | 253 | | Assented MOTION for an Extension of Time to File Motion for Attorneys' Fees filed by Reuben Klamer. **Responses due by 9/5/2019.** (Renner, Eric) (Entered: 08/22/2019) |
| 08/23/2019 | | | TEXT ORDER granting 252 Motion for Extension of Time to File ; granting 253 Motion for Extension of Time; both deadlines to file Motions for Attorneys' Fees extended to 9/6/19. So Ordered by Chief Judge William E. Smith on 8/23/2019. (Jackson, Ryan) (Entered: 08/23/2019) |
| 08/23/2019 | 254 | | Assented MOTION for an Extension of Time TO FILE MOTION FOR ATTORNEYS' FEES filed by Max Candiotty, Thomas Feiman, Dawn Linkletter Griffin, Dennis Linkletter, Michael Linkletter, Sharon Linkletter, Robert Miller, Laura Linkletter Rich. **Responses due by 9/6/2019.** (Bush, Christine) (Entered: 08/23/2019) |
| 08/27/2019 | | | TEXT ORDER granting 254 Motion for Extension of Time up to and including 9/6/19 to file a Motion for Attorneys' Fees. So Ordered by Chief Judge William E. Smith on 8/27/2019. (Jackson, Ryan) (Entered: 08/27/2019) |
| 08/28/2019 | 255 | | BILL OF COSTS by Hasbro, Inc. (Attachments: # 1 Supporting Memorandum, # 2 Exhibit Declaration of Joshua Krumholz, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9, # 12 Exhibit 10, # 13 Exhibit 11, # 14 Exhibit 12)(Rocha, Patricia) (Entered: 08/28/2019) |
| 08/28/2019 | 256 | | BILL OF COSTS by Reuben Klamer. (Attachments: # 1 Supporting Memorandum, # 2 Exhibit Declaration of Erica J. Van Loon, # 3 Exhibit A)(Renner, Eric) (Entered: 08/28/2019) |
| 08/28/2019 | 257 | | BILL OF COSTS by Max Candiotty, Thomas Feiman, Dennis Linkletter, Michael Linkletter, Sharon Linkletter, Robert Miller, Laura Linkletter Rich. (Attachments: # 1 Supporting Memorandum Memorandum of Law in Support of Bill of Costs, # 2 Affidavit Declaration of Christine K. Bush in Support of Bill of Costs)(Bush, Christine) (Entered: 08/28/2019) |
| 09/06/2019 | 258 | | MOTION for Attorney Fees *and Costs* filed by Reuben Klamer. **Responses due by 9/20/2019.** (Attachments: # 1 Declaration of Erica J. Van Loon in Support of Motion for Attorneys' Fees and Costs (with exhibits), # 2 Declaration of Eric E. Renner in Support of Motion for Attorneys' Fees and Costs (with exhibits), # 3 Affidavit of Stacey P. Nakasian in Support of Motion for Attorneys' Fees and Costs)(Renner, Eric) (Entered: 09/06/2019) |
| 09/06/2019 | 259 | | MOTION for Attorney Fees *and Costs* filed by Hasbro, Inc. **Responses due by 9/20/2019.** (Rocha, Patricia) (Entered: 09/06/2019) |
| 09/06/2019 | 260 | | DECLARATION re 259 MOTION for Attorney Fees *and Costs Declaration of Matthew T. Oliverio* by Hasbro, Inc. (Rocha, Patricia) (Entered: 09/06/2019) |
| 09/06/2019 | 261 | | DECLARATION re 259 MOTION for Attorney Fees *and Costs Declaration of Patricia K. Rocha* by Hasbro, Inc. (Attachments: # 1 Exhibit 6, # 2 Exhibit |

| | | | |
|---|---|---|---|
| | | | 7)(Rocha, Patricia) (Entered: 09/06/2019) |
| 09/06/2019 | 262 | | DECLARATION re 259 MOTION for Attorney Fees *and Costs Declaration of Joshua C. Krumholz* by Hasbro, Inc. (Attachments: # 1 Exhibit 6, # 2 Exhibit 7, # 3 Exhibit 8, # 4 Exhibit 9, # 5 Exhibit 12, # 6 Exhibit 13, # 7 Exhibit 14, # 8 Exhibit 15, # 9 Exhibit 16)(Rocha, Patricia) (Entered: 09/06/2019) |
| 09/06/2019 | 263 | | MOTION to Seal *Exhibit 1−5 to Declaration of Patricia K. Rocha* Filed. Notice Sent To: Hasbro, Inc, Ida Mae Atkins, Max Candiotty, Thomas Feiman, Susan Garretson, Greenberg Traurig, LLP, Dawn Linkletter Griffin, Reuben Klamer, Michael S. Lazaroff, Dennis Linkletter, Michael Linkletter, Sharon Linkletter, Lorraine Markham, Markham Concepts, Inc., Robert Miller, Laura Linkletter Rich, Louis M. Solomon. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Rocha, Patricia) **This entry/document has been filed under seal pursuant to statute, rule or court order and access is restricted. Please login to CM/ECF to view document(s).** (Entered: 09/06/2019) |
| 09/06/2019 | 264 | | MOTION to Seal *Exhibits 1−5, 10,11 to Declaration of Joshua C. Krumholz* Filed. Notice Sent To: Hasbro, Inc, Ida Mae Atkins, Max Candiotty, Thomas Feiman, Susan Garretson, Greenberg Traurig, LLP, Dawn Linkletter Griffin, Reuben Klamer, Michael S. Lazaroff, Dennis Linkletter, Michael Linkletter, Sharon Linkletter, Lorraine Markham, Markham Concepts, Inc., Robert Miller, Laura Linkletter Rich, Louis M. Solomon. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 10, # 7 Exhibit 11)(Rocha, Patricia) **This entry/document has been filed under seal pursuant to statute, rule or court order and access is restricted. Please login to CM/ECF to view document(s).** (Entered: 09/06/2019) |
| 09/06/2019 | 265 | | MOTION for Attorney Fees *and Costs* filed by Max Candiotty, Thomas Feiman, Dawn Linkletter Griffin, Dennis Linkletter, Michael Linkletter, Sharon Linkletter, Robert Miller, Laura Linkletter Rich. **Responses due by 9/20/2019.** (Attachments: # 1 Declaration of Christine K. Bush in Support of Motion for Attorney Fees and Costs (with exhibits), # 2 Declaration of Gary Wexler in Support of Motion for Attorney Fees and Costs (with exhibits), # 3 Declaration of Thomas R. Noel in Support of Motion for Attorney Fees and Costs)(Bush, Christine) (Entered: 09/06/2019) |
| 09/12/2019 | 266 | | Assented MOTION for an Extension of Time to File Response/Reply as to 265 MOTION for Attorney Fees *and Costs*, 259 MOTION for Attorney Fees *and Costs*, 258 MOTION for Attorney Fees *and Costs* filed by Susan Garretson, Lorraine Markham, Markham Concepts, Inc.. **Responses due by 9/26/2019.** (Pollaro, Robert) (Entered: 09/12/2019) |
| 09/13/2019 | | | TEXT ORDER granting 266 Motion for Extension of Time to File Response/Reply ; **Responses due by 10/1/2019.** So Ordered by Chief Judge William E. Smith on 9/13/2019. (Jackson, Ryan) (Entered: 09/13/2019) |
| 09/13/2019 | 267 | 61 | NOTICE OF APPEAL by Susan Garretson, Lorraine Markham, Markham Concepts, Inc. as to Order on Motion to Strike,,, 240 Findings of Fact & Conclusions of Law, 251 Clerk's Judgment,,, ( filing fee paid $ 505.00, receipt number 0103−1415689 ) |

| | | | **NOTICE TO COUNSEL: Counsel should register for a First Circuit CM/ECF Appellate Filer Account at http://pacer.psc.uscourts.gov/cmecf/. Counsel should also review the First Circuit requirements for electronic filing by visiting the CM/ECF Information section at http://www.ca1.uscourts.gov/cmecf** Appeal Record due by 9/20/2019. (Pollaro, Robert) (Entered: 09/13/2019) |

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MARKHAM CONCEPTS, INC., SUSAN GARRETSON, and LORRAINE MARKHAM, individually and in her capacity as Trustee of the Bill and Lorraine Markham Exemption Trust and the Lorraine Markham Family Trust,<br><br>        Plaintiffs,<br><br>    -against-<br><br>HASBRO, INC., REUBEN KLAMER, DAWN LINKLETTER GRIFFIN, SHARON LINKLETTER, MICHAEL LINKLETTER, LAURA LINKLETTER RICH, DENNIS LINKLETTER, THOMAS FEIMAN, in his capacity as co-trustee of the Irvin S. and Ida Mae Atkins Family Trust, ROBERT MILLER, in his capacity as co-trustee of the Irvin S. and Ida Mae Atkins Family Trust, and MAX CANDIOTTY, in his capacity as co-trustee of the Irvin S. and Ida Mae Atkins Family Trust.<br><br>        Defendants. | Case No. 1:15-cv-419-S-PAS |
| REUBEN KLAMER,<br><br>        Counterclaim Plaintiff,<br><br>    -against-<br><br>MARKHAM CONCEPTS, INC., and LORRAINE MARKHAM,<br><br>        Counterclaim Defendants. | |

## NOTICE OF APPEAL

Notice is hereby given that MARKHAM CONCEPTS, INC., SUSAN GARRETSON, and

LORRAINE MARKHAM, individually and in her capacity as Trustee of the Bill and Lorraine

Markham Family Trust, the Plaintiffs in the above-referenced matter, hereby appeal to the

United States Court of Appeals for the First Circuit from (i) the Findings of Fact and Conclusions of Law dated January 25, 2019, (ii) the final judgment entered in this action on August 14, 2019, (iii) the Text Order dated November 15, 2017 denying both Plaintiffs' Motion to Preclude Hasbro's Untimely Contentions and Motion to Strike Hasbro's Supplemental Discovery Responses (D.I. 140) and Plaintiffs' Supplemental Motion to Preclude Untimely Contentions and Motion to Strike Klamer's Supplemental Discovery Responses (D.I. 142), and (iv) all non-final and interlocutory rulings entered in this action.

Dated: September 13, 2019

Respectfully submitted,

*/s/ Robert M. Pollaro*
Robert M. Pollaro
John T. Moehringer
David Cole
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, New York 10281
Telephone (212) 504-6000
*Admitted Pro Hac Vice*

*/s/ Mary C. Dunn*
Joseph V. Cavanagh, Jr. (#1139)
Mary Cavanagh Dunn (#6712)
Robert J. Cavanagh, Jr. (#8589)
BLISH & CAVANAGH  LLP
Commerce Center
30 Exchange Terrace
Providence, Rhode Island 02903
Telephone (401) 831-8900

*Attorneys for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 13, 2019, I caused a true and correct copy of the foregoing document to be served on counsel of record *via the electronic court filing system (ECF)*.

      /s/ Robert M. Pollaro
      Robert M. Pollaro

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

```
MARKHAM CONCEPTS, INC.;
SUSAN GARRETSON; and, LORRAINE
MARKHAM, individually and in her
capacity as trustee of the Bill
and Lorraine Markham Exemption
Trust and the Lorraine Markham
Family Trust,
     Plaintiffs,


     v.                                  C.A. No. 15-419 WES


HASBRO, INC.; REUBEN KLAMER;
DAWN LINKLETTER GRIFFIN; SHARON
LINKLETTER; MICHAEL LINKLETTER;
LAURA LINKLETTER RICH; DENNIS
LINKLETTER; THOMAS FEIMAN, in
his capacity as co-trustee of
the Irvin S. and Ida Mae Atkins
Family Trust; ROBERT MILLER, in
his capacity as co-trustee of
the Irvin S. and Ida Mae Atkins
Family Trust; and, MAX CANDIOTTY,
in his capacity as co-trustee of
the Irvin S. and Ida Mae Atkins
Family Trust,
     Defendants.
```

## **JUDGMENT**

**[  ]** Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ **X** ] Decision by the Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.


IT IS ORDERED AND ADJUDGED:

```
     Pursuant to the Order entering by this Court on July 29th,
2019 (ECF No. 250) and with no cause having been shown that
final judgment should not enter, judgment hereby enters for
the Defendants Hasbro, Inc., Reuben Klamer, Dawn Linkletter
Griffin, Sharon Linkletter, Michael Linkletter, Laura
Linkletter Rich, Dennis Linkletter, Thomas Feiman (in his
```

capacity as co-trustee of the Irvin S. and Ida Mae Atkins Family Trust), Robert Miller (in his capacity as co-trustee of the Irvin S. and Ida Mae Atkins Family Trust), and Max Candiotty (in his capacity as co-trustee of the Irvin S. and Ida Mae Atkins Family Trust) and against the Plaintiffs Markham Concepts, Inc., Lorraine Markham, and Susan Garretson as to Count III of the Third Amended Complaint (ECF No. 127). The remaining counts of the complaint were dismissed by this Court's July 25th, 2019 Text Order entering the parties' Stipulation of Partial Dismissal with Prejudice (ECF No. 249).


Enter:


/s/ Ryan H. Jackson
_____
Deputy Clerk


Dated: August 14th, 2019

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

_____
                                        )
MARKHAM CONCEPTS, INC.; SUSAN GARRETSON; )
and LORRAINE MARKHAM, individually and  )
in her capacity as trustee of the Bill  )
and Lorraine Markham Exemption Trust    )   C.A. No. 15-419 WES
and the Lorraine Markham Family Trust,  )
                                        )
          Plaintiffs,                   )
                                        )
     v.                                 )
                                        )
HASBRO, INC.; REUBEN KLAMER; DAWN       )
LINKLETTER GRIFFIN; SHARON LINKLETTER;  )
MICHAEL LINKLETTER; LAURA LINKLETTER    )
RICH; DENNIS LINKLETTER; THOMAS FEIMAN, )
in his capacity as co-trustee of the    )
Irvin S. and Ida Mae Atkins Family      )
Trust; ROBERT MILLER, in his capacity   )
as co-trustee of the Irvin S. and Ida   )
Mae Atkins Family Trust; and MAX        )
CANDIOTTY, in his capacity as           )
co-trustee of the Irvin S. and Ida Mae  )
Atkins Family Trust,                    )
                                        )
          Defendants.                   )
_____ )

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

WILLIAM E. SMITH, Chief Judge.

     To people of a certain age, who grew up in the America of the

1960s and 70s — where television meant three channels and shows

like Bonanza, Star Trek, and The Art Linkletter Show (more on that

to come); where cars were made in America, period; and where phones

were connected to wires, not cell towers — the Game of Life was a

gangbuster hit found (it seemed) in every household in the country,

alongside Twister, Clue, and Monopoly.  In the Game of Life, the

winner retires to "Millionaire Acres."  In this suit, life imitates art as the heirs of toy developer Bill Markham have sued over what they see as proceeds from the exploitation of the Game that they have been wrongfully denied.

The Game of Life was inspired by the first boardgame invented by Milton Bradley himself, in 1860, called the Checkered Game of Life.  It sold millions of copies after hitting the market in 1960, and continues to sell to this day.  Based on the idea that "life's a game that can be played well, or badly," historian Jill Lepore writes in The New Yorker, "[o]nly a handful of games have had as long a shelf life."  Jill Lepore, The Meaning of Life, The New Yorker, May 21, 2007, at 38, 39.  This case, filed in 2015, has had a shelf life of its own.  But after two amendments to the complaint and considerable motion practice, the parties tried to the Court (in Los Angeles[1] and Rhode Island) Plaintiffs' third claim for relief, which asks for a declaratory judgment that Markham's heirs control the Game's intellectual property.  Specifically, Plaintiffs ask the Court to find that they have termination rights under section 304 of the Copyright Act of 1976.

With these, Plaintiffs would be able to acquire the copyrights

---

[1] Through the courtesy of the United States District Court for the Central District of California, this Court was able to hear live testimony from critical witnesses who, because of their age, could not travel to Rhode Island.  The Court is most grateful to those who worked to make this possible.

2

to the Game that were long ago transferred to Defendant Hasbro, Inc.,'s predecessor-in-interest, the Milton Bradley Company. Plaintiffs lose this turn, however: the facts found below show that the physical creation of the Game's prototype was done by Markham's erstwhile employees — Grace Chambers and Leonard Israel — as well as Markham's wife, Sue, and unnamed parties hired by Markham to furnish finishing touches. They also show that this work was done at the instance and expense of Defendant and toy developer Reuben Klamer.

I.  Findings of Fact

The series of events leading to the Game[2] hitting the market in 1960 began a year earlier. See, e.g., Exs. JTX 9, JTX 11, JTX 12. In 1959, a Reuben Klamer traveled from his home in Beverly Hills, California, to Milton Bradley's headquarters in Springfield, Massachusetts. Ex. JTX 9; Nov. 16, 2017, Trial Tr. ("Trial Tr. I") 23–26. Klamer was a toy developer with myriad contacts in the industry, and had come to pitch Milton Bradley executives a concept for a new toy. See Trial Tr. I 18–26.

Milton Bradley passed on the pitch. Id. at 25. But the company's president at the time, Jim Shay, asked Klamer to develop a product idea to commemorate Milton Bradley's 1960 centennial.

---

[2] When the Court refers to the "Game" or the "prototype" without specifying any of their composite parts (the box cover, board, rules, etc.), it means to refer to these in their entirety.

Id. at 23; Ex. JTX 9.  Intrigued, Klamer agreed to do so and went searching for inspiration in Milton Bradley's archive, where he stumbled upon an old copy of the Checkered Game of Life, see Ex. JTX 9, Trial Tr. I 23, which had been invented by the company's namesake just before the Civil War to "forcibly impress upon the minds of youth the great moral principles of virtue and vice," Lepore, supra, at 41.  The concept Klamer developed on the trip back home to California was to update the Checkered Game of Life to reflect post-World War II American society and values.[3]  See Trial Tr. I 25-27; Exs. JTX 10., PTX 20, PTX 275.

But Klamer was mostly an ideas man — he needed help refining his concept and, importantly, translating it into a prototype he could actually sell to Milton Bradley.  See Trial Tr. I 28-31, 64; Ex. JTX 10.  For this he reached out to one of his toy-industry contacts, Bill Markham.  Trial Tr. I 28-33.  An experienced advertiser, Markham was head of a firm set to that purpose named California Product Development ("CPD").  See JTX 2; Trial Tr. I 112; Nov. 17, 2017, Trial Tr. ("Trial Tr. II") 64.  CPD employed two artists at the time, Grace Chambers and Leonard Israel, who were very good in Klamer's estimation, and whose presence at CPD

---

[3] Klamer testified that he had scribbled some of the thoughts he had on the plane ride from Massachusetts to California.  These notes were admitted into evidence, and reflect many of the attributes that eventually found their way into the Game.  Ex. JTX 10; Trial Tr. I 27-31.

4

convinced Klamer to hire Markham's firm over others he considered. Trial Tr. I 28-31.  Chambers had received her training from the Art Center College of Design in Los Angeles, Trial Tr. II 60; Israel his from the Chicago Art Institute, Trial Tr. I 100.

Markham agreed to take on the project in the summer of 1959. See Trial Tr. I 29-33.  With little time to waste — Milton Bradley wanted the product ready for market by January 1, 1960, see id. at 55 — Markham and his team went to work, see id. at 34-35.  As to who did what during the approximately six weeks it took to produce the prototype, the Court credits especially the testimony of Chambers and Israel, which the Court heard live in Los Angeles.[4] See generally Trial Tr. II 58-111 (Chambers); Trial Tr. I 99-136 (Israel).  Neither has received a cent in royalties from the Game, nor have they any financial interest in the outcome of this suit. See Trial Tr. I 108-09; Trial Tr. II 58, 80.  The testimony each gave was largely consistent with that of the other.  See generally Trial Tr. II 58-111; Trial Tr. I 99-136.  Both, moreover, had only good things to say about their time working for Markham at CPD and with Klamer on the project.  See Trial Tr. I 101; Trial Tr. II 65-66.

---

[4] Klamer also testified to these events.  See Trial Tr. I 36-37.  And although he, as a successor to the now-defunct Link Research Corporation, see Ex. JTX 569, has a financial interest in this suit, the Court found his testimony credible, and largely corroborative of Chambers's and Israel's.

They testified that labor was divided:  Klamer and Markham combined to provide the big ideas, many ahead of their time.  See Trial Tr. I 34, 103, 107–08, 127; Trial Tr. II 67–71, 75; see also Ex. JTX 25.  These included that the Game would be played on a circuitous path; the Game's board would contain three-dimensional elements; the Game's object would be to achieve various life milestones; and a spinner would dictate movement of the Game's players.  See Trial Tr. I 107, 126–29; Trial Tr. II 68–71; Ex. JTX 25.  Klamer also visited Markham's firm once or twice a week during development to give real-time edits to Chambers and Israel while they worked — the former on the game board, the latter on the box cover — to produce a physical instantiation of Klamer's and Markham's ideas.  Trial Tr. I 103–04, 106–08, 129, 130–33; Trial Tr. II 71–78.

Chambers and Israel both testified that they — not Markham or Klamer — were the ones at CPD who built the prototype.  Trial Tr. I 103–04, 106–07, 130–33; Trial Tr. II 71–78.  Asked who constructed the prototype's game board, Chambers said that she did "most of it."  Trial Tr. II 72.  Israel went further, testifying that "once it was decided what we wanted to have on the board, [Chambers] was the one who put it all together and did the final art work on it."  Trial Tr. I 106.  Chambers was the one who built the houses, the mountains, and the elevated track out of balsa wood, cardboard, and colored pantone paper.  Trial Tr. II 99–103.

6

Chambers also placed the printing on the track and constructed a cardboard spinner.  See id. at 101, 132-33.  Some of these objects, such as the spinner and the mountains, were later converted to the plastic replicas used for the prototype by an outside firm Markham hired for that purpose.  See Trial Tr. I 121-22; Trial Tr. II 103-04; Ex. JTX 13.  An outside firm also bound the game board and printed the play money that was part of the prototype.  See Trial Tr. II 106-07; Ex. JTX 13.

The art for the prototype's box cover was Israel's handiwork, according to both his and Chambers's testimony.  Trial Tr. I 103-04, 110-11; Trial Tr. II 72, 74.  Israel created several small-scale sketches as possibilities for the box cover, from which Markham and Klamer selected the one they preferred.  Trial Tr. I 103.  The favored design was then made by Chambers into a box cover of proper scale.  Id. at 134.  As with the board, Markham had "nothing to do" with the physical creation of the box cover.  Id. at 107.  Indeed, it was the testimony of both Israel and Chambers that Markham was often attending to other matters at CPD during the time the prototype was taking physical form.  Id. at 116; Trial Tr. II 73-74.

The third major component to the prototype besides the board and the box — the rules — were a collective, iterative effort.  Trial Tr. I 105-06, 116-18; Trial Tr. II 76-77, 105.  Once the Game was operational, everyone in and around the CPD offices at

7

the time — Markham, Klamer, Chambers, and Israel — would play it, and then throw out suggested rule changes for the group to consider.  Trial Tr. I 105–06, 118–19, 128; Trial Tr. II 76–77, 105.  Some of these were tried and, because of some unforeseen disruptive effect on another rule, discarded.  Trial Tr. I 105–06.  Some, however, were ultimately adopted, then copied by Sue Markham (Bill's wife, and a copywriter by profession) into the prototype's rule book.  Trial Tr. I 105–06, 116–18, 128; Trial Tr. II 105.

Once completed, Markham and Klamer presented the prototype to Milton Bradley executives, including its vice president, Mel Taft, on or around August 10, 1959, at the famous Chasen's restaurant in Hollywood, California.  See Trial Tr. I 38–39, 65–68, 86; Exs. JTX 25, JTX 29.  Also at Chasen's was radio and television personality Art Linkletter.  See Trial Tr. I 33, 39; Exs. JTX 25, JTX 29.  He was there on behalf of Link Research Corporation ("Link"), the firm Linkletter had founded with Klamer to develop consumer products that could be marketed using Linkletter's considerable celebrity.  See Trial Tr. I 20, 33; Exs. JTX 29, JTX 34, JTX 39, JTX 42.  Part of Klamer's pitch to Milton Bradley at the Chasen's meeting was that Linkletter could help promote the Game.  See Trial Tr. I 38–39; Exs. JTX 11, JTX 12.  The pitch worked:  Taft and Shea were impressed by the prototype, and left the restaurant thinking that with some tweaks it could be a commercial success.

8

73

See Exs. JTX 18, JTX 19, JTX 20, JTX 21, JTX 25, JTX 33; Trial Tr. I 40-41.  Soon thereafter, on August 19, Klamer mailed the prototype to Milton Bradley.  Ex. JTX 12; Trial Tr. I 96.

Two agreements regarding rights to the Game followed.  See Exs. JTX 1, JTX 2.  The first, entered on September 21, 1959, was a License Agreement between Link and Milton Bradley.  Ex. JTX 1. This agreement gave Milton Bradley the exclusive right to manufacture and market the Game, which Link "had . . . designed and constructed."  Id.  The License Agreement also allowed Milton Bradley to use Linkletter's name and image in its advertising of the Game, and required Linkletter to plug the Game fifty-two times on his nationally televised show.  Id.  In return, Link received a six percent royalty on sales of the Game and an immediate, non-refundable $5,000 advance against these royalties.  Id.  Absent termination or breach, the Agreement was to last as long as Milton Bradley marketed the Game.  Id.

The second agreement, the Assignment Agreement, was one between Link and Markham.  Ex. JTX 2.  Executed October 20, 1959, this agreement assigned "all of [Markham's] right, title, and interest in and to the Game[] to Link."  Id.  Markham received the right to a royalty stream amounting to thirty percent of the six percent royalty Link had negotiated with Milton Bradley in their License Agreement.  Id.  Along with a nonrefundable $773.05 advance on Markham's thirty percent, Link agreed to pay Markham the

9

$2,423.16 he spent producing the prototype, id., for which he had billed Link, and which included Chambers's and Israel's salary, see Ex. JTX 13.  Klamer paid Markham's bill — a bill he had promised would be his responsibility at the outset of the project, Trial Tr. I 41–42, 57–58; Trial Tr. II 49 — out of the aforementioned $5,000 royalty advance Link secured from Milton Bradley.  Ex. JTX 2.  The Assignment Agreement stated that Markham had "invented, designed[,] and developed" the Game.  Id.  It also provided that Milton Bradley would communicate to Markham any contemplated changes to the Game, allowing Markham to share his thoughts on these with Milton Bradley.  Id.  "[T]he final decision regarding such changes," however, was to "rest with either LINK or [Milton Bradley]."  Id.

While the parties hammered out these contractual arrangements, Milton Bradley was at work turning the prototype into a commercially viable boardgame.  Trial Tr. I 45–50; see also Exs. JTX 18, JTX 20, JTX 21, JTX 25, JTX 26, JTX 33, JTX 40, JTX 43.  Both Markham and Klamer helped advise the company as to how best to carry out this transformation.  See Exs. JTX 26, JTX 27, JTX, 28, JTX 33, JTX 35, JTX 36.  Comparing early versions of the Game with the prototype shows a host of changes made — many with a view toward making the Game less expensive to manufacture, but that nevertheless altered its aesthetics.  Compare Ex. JTX 509, with Ex. HTX 14; see also Trial Tr. I 45–50.  For instance, the

10

early versions had the raised mountains directly on the Game's circuitous track, whereas the prototype had them as background scenery surrounding the track. Compare Ex. JTX 509, with Ex. HTX 14; see also Trial Tr. I 45–50. Moreover, the board in the early versions had fewer, and smaller, three-dimensional elements than the prototype. Compare Ex. JTX 509, with Ex. HTX 14; see also Trial Tr. I 45–50. Milton Bradley also changed the font on the Game's box cover to make it more visually appealing, and varied the wording and order of certain of the Game's rules to make them more intelligible. Compare Ex. JTX 509, with Ex. HTX 14.

Milton Bradley first published the Game on March 12, 1960. Exs. JTX 3, JTX 4, JTX 5; Trial Tr. I 58. Later that year, on December 19, 1960, Milton Bradley applied to register copyrights in the Game's board and rules. Exs. JTX 4, JTX 5. These identified the company as the author. Exs. JTX 4, JTX 5. Milton Bradley was also noted as the author of the Game's box in a copyright application submitted the same day by Link. Ex. JTX 3. The Game, an instant classic, sold like crazy, and is still a source of revenue for Milton Bradley's successor-in-interest Hasbro, as the latter continues to market the original version of the Game, Ex. JTX 520, as well as updated versions incorporating various themes and characters, such as one recent rendition introduced at trial that included intellectual property from the popular Despicable Me children's movie franchise, Ex. JTX 511.

The ensuing "Pay Day!" has sometimes been the cause of consternation, however.  Even before the Game hit stores, there was a struggle, mostly on Markham's part, to take credit for its genius. Trial Tr. I 54–56; see Exs. JTX 2, JTX 16, JTX 32.  A provision in the Assignment Agreement, for example, required Link to ask Milton Bradley if Markham's name could appear on the Game's box cover.  Ex. JTX 2.  Klamer fulfilled this requirement on behalf of Link.  Ex. JTX 16.  But Milton Bradley kindly declined the request.  Ex. JTX 32.

Then, in 1965, Markham came upon what he considered a false statement in the trade publication Toy & Hobby World, identifying Klamer as the designer of the Game.  Exs. PTX 20, PTX 87.  He responded with a brusque letter to Klamer.  Ex. PTX 20.  "I am sure you are not so in need of recognition that you take credit for something in which your only connection was to sell it to Milton Bradley," he wrote.  Id.  Markham sought to correct the alleged misattribution — which he found "very damaging to [his] reputation" — by asking Klamer that he prepare a letter recognizing Markham as the "sole inventor, designer and developer" of the Game.  Id.  Markham would append this letter to the press release correcting the error that he was preparing for publication.  Id.

Klamer responded that he was "puzzled" by Markham's letter, and pushed back on Markham's suggestion that Klamer's only role in what had already become a "great success" was selling the Game to

12

Milton Bradley.  Id.  Disinclined to upset the applecart, however, Klamer grudgingly acceded to Markham's demand for recognition, writing that the Assignment Agreement obligated Klamer to agree that Markham invented the Game.  Id.  Going forward, Klamer went out of his way to prevent any publicity that would similarly offend Markham.  See, e.g., Ex. PTX 20.  For instance, Klamer preemptively wrote a publication called The Westerner to warn that they not associate him with the Game in a forthcoming article.  Id. "Although I know what my contribution was in the project," Klamer wrote, "I want to eliminate any hassle with this particular individual . . . ."  Id.

Markham and Klamer fought not just over the limelight, but over money too.  In a letter to Klamer dated August 15, 1963, Markham complained that the Assignment Agreement had been a raw deal, grumbling that his share of the royalties was "ridiculously low" and that Art Linkletter had done little to promote the Game on television.  Ex. PTX 21.  Markham, feeling slighted, asked that he receive fifty percent of the three percent royalty Milton Bradley was then offering Link on sales of the Game overseas, instead of the thirty percent of Link's share he had been receiving under the Assignment Agreement.  Id.

Klamer waited until October 3, 1963, to respond, explaining his delay as follows:  "Someone whom I respected very much told me to count to twenty-five, not just to ten, when I got annoyed about

13

a situation." Id. Setting the pattern he would follow in his later skirmishes with Markham over public recognition, Klamer noted his disagreement with Markham's version of history, before caving to Markham's demands. Id. That is to say, Klamer agreed to hand over fifty percent of the royalty Link received on foreign sales, but stated his belief that this was more than Markham was due under the Assignment Agreement, which, contrary to Markham's laments, "was and is a fair one." Id. Klamer also came to Linkletter's defense, asserting that Milton Bradley was more than satisfied with Linkletter's promotion of the Game, and indeed "was highly impressed with the TV commercial which Art did on the Game." Id.

An exchange of passive-aggressive letters was not enough to settle the next royalty dispute. Again having to do with Markham's share of foreign royalties, this skirmish led to Markham and Klamer suing each other in California state court in the late 1980s. See Ex. HTX 111. The litigation ended on July 9, 1989, when the parties signed a handwritten settlement agreement. Ex. JTX 58. Among other things, the agreement set Markham's share of overseas sales at 36.66 percent of Link's foreign royalties, while keeping his share of U.S. sales at thirty percent of Link's domestic royalties, as stipulated in the Assignment Agreement. Id. The parties styled the Settlement Agreement as an amendment to the Assignment Agreement, which they agreed in 1989 they "continue[d]

14

to be governed by." Id.

The present litigation is an attempt by Markham's successors in interest — Markham passed away in 1993, see Ex. PTX 218 — to put an end to government by Assignment Agreement. See Third Am. Compl. ¶¶ 77-82. These Plaintiffs insist that their right to do so lies in section 304 of the Copyright Act of 1976.

## II. Conclusions of Law

Plaintiffs are, however, mistaken in their insistence: the facts as found above show that this case fits squarely within the work-for-hire exception to the termination right granted authors in section 304.

The Copyright Act of 1976 provides a work's author the right to terminate a previously bestowed grant of copyright in that work. 17 U.S.C. § 304(c). The idea behind this right is to give an author a second chance to negotiate the rights to her work when — after it has been exploited during the term of an initial grant — she can better gauge the work's value. Mills Music, Inc. v. Snyder, 469 U.S. 153, 172-73 (1985). Termination rights are especially important when hindsight shows the author made a bad deal the first time around. Id.; see 3 Melville B. Nimmer & David Nimmer, Nimmer on Copyright §11.01[A] (Matthew Bender rev. ed.).

Although necessary to achieve fairness in these circumstances, termination rights are not without various qualifications, Nimmer & Nimmer, supra, § 11.02, one of which —

15

that excepting works for hire, 17 U.S.C. § 304(c) — determines this case.  Section 304(c) states, in relevant part, that "[i]n the case of any copyright subsisting in either its first or renewal term on January 1, 1978, <u>other than a work made for hire</u>, the . . . grant of a transfer . . . of the renewal copyright, executed before January 1, 1978, . . . is subject to termination . . . ."  17 U.S.C. § 304(c) (emphasis added).  The rule, then, is that copyrights granted prior to January 1, 1978, are subject to termination, but not if the copyright is one in a work for hire.  <u>See</u> Nimmer & Nimmer, <u>supra</u>, § 11.02 ("[The 1976 Act] moves in categorical fashion, disallowing all works for hire from termination.").

What counts as a work for hire depends on when the work was created.  <u>See</u> <u>Martha Graham Sch. & Dance Found., Inc. v. Martha Graham Ctr. of Contemporary Dance, Inc.</u>, 380 F.3d 624, 633–34 (2d Cir. 2004); <u>Forward v. Thorogood</u>, 985 F.2d 604, 606 n.2 (1st Cir. 1993).  Works created on or after the effective date of the 1976 Act (January 1, 1978) have their work-for-hire status determined according to the statutory definition given in the 1976 Act.  <u>See</u> 17 U.S.C. § 101.  However, for works created before that date, this status is determined under the Copyright Act of 1909, predecessor to the 1976 Act, which contained the concept, but lacked a statutory definition, of a work for hire  <u>See</u> 17 U.S.C. § 26 (repealed 1978) ("[T]he word 'author' shall include an

16

employer in the case of works made for hire."); Forward, 985 F.2d at 606 n.2. Without definitional guidance from the statute, courts have had the task of tracing the term's 1909 Act contours. Cmty. for Creative Non-Violence v. Reid, 490 U.S. 730, 744 (1989).

The First Circuit's efforts in this regard led it to adopt a definition of the term that tracks the instance-and-expense test. Forward, 985 F.2d at 606 & n.2. Borrowed from the Second and Ninth Circuits, this test has it that the presumptive "'author' and copyright holder of . . . [a] commissioned work[] created by independent contractors" is "the commissioning party at whose 'instance and expense' the work was done." Id. at 606 (citing Brattleboro Publ'g Co. v. Winmill Publ'g Corp., 369 F.2d 565, 567–68 (2d Cir. 1966)); see also Lin-Brook Builders Hardware v. Gertler, 352 F.2d 298, 300 (9th Cir. 1965) (adopting instance-and-expense test).

In Forward, the First Circuit held that demo tapes with music from the blues band George Thorogood and the Destroyers were not works for hire where there was no evidence they were "prepared for the use and benefit of" plaintiff music aficionado, who had arranged for the band to record the tapes. Forward, 985 F.2d at 604–06. Instead, the tapes had been recorded for the purpose of enticing a record company to sign the band to a record deal. Id. at 606. Moreover, the aficionado, as the alleged commissioning party, "neither employed nor commissioned the band members nor did

17

he compensate or agree to compensate them." Id. Because the tapes were not produced at plaintiff's instance and expense, the First Circuit ruled, he was not their author under the 1909 Act. Id.

In this case, though, the work at issue was "prepared for the use and benefit" of, and paid for by, a commissioning party, namely Reuben Klamer. See id. That is to say, the Game's prototype was produced at his instance and expense. Instance here "refers to the extent to which the hiring party provided the impetus for, participated in, or had the power to supervise the creation of the work." Marvel Characters, Inc. v. Kirby, 726 F.3d 119, 139 (2d Cir. 2013). And it was Klamer who provided the impetus for the prototype's creation when, after visiting the archives at Milton Bradley, he selected Markham's company to help him make the prototype. Ex. JTX 9; Trial Tr. I 23-26, 28-33; see Twentieth Century Fox Film Corp. v. Entertainment Distrib., 429 F.3d 869, 879 (9th Cir. 2005) (describing "the 'instance' test as an inquiry into whether the motivating factor in producing the work was the employer who induced the creation" (quotation marks omitted)). This selection is the sole reason for Markham's involvement, and spurred everything that came after:  the fast work of everyone at CPD to bring the prototype into existence, Trial Tr. I 99-136; Trial Tr. II 58-111; the presentation of the prototype to Milton Bradley executives at Chasen's restaurant, Trial Tr. I 38-39; Exs. JTX 25, JTX 29; and ultimately the manufacture and sale of the

18

Game, Exs. JTX 12, JTX 18, JTX 19, JTX 20, JTX 21, JTX 25, JTX 33.

Klamer had the power to supervise the prototype's creation. See Twentieth Century Fox, 429 F.3d at 879 ("The 'instance' test is shaped in part by the degree to which the hiring party had the right to control or supervise the artist's work." (quotation marks omitted)); Martha Graham, 380 F.3d at 635. Both Chambers and Israel testified to Klamer's frequent presence at CPD while they worked on the prototype. Trial Tr. I 106-08; Trial Tr. II 73. They considered Klamer the client for the project, and one whose suggestions for changes they were expected to, and did, implement. Trial Tr. I 103-04, 106-07, 130-33; Trial Tr. II 71-78; see Marvel, 726 F.3d at 139 ("Actual creative contributions or direction strongly suggest that the work is made at the hiring party's instance."). They also considered Klamer the final arbiter of the prototype's look and feel. Trial Tr. I 103-04, 106-07, 130-33; Trial Tr. II 71-78.

The preeminence of Klamer's predilections is further evidenced in the Assignment Agreement. See Ex. JTX 2. There, Markham recognized that while he had a right to learn of any contemplated changes to the prototype's design, he "understood that the final decision regarding such changes shall rest with either LINK or [Milton Bradley]." Id.; see Picture Music, Inc. v. Bourne, Inc., 457 F.2d 1213, 1217 (2d Cir. 1972) (finding the song "Who's Afraid of the Big Bad Wolf" a work-for-hire because

19

commissioning parties had "the power to accept, reject, or modify [the composer's] work").

Because Klamer "provided the impetus for, participated in, [and] had the power to supervise the creation of [the prototype]," the Court concludes it was made at his instance. <u>Marvel</u>, 726 F.3d at 139, 141 ("Marvel's inducement, right to supervise, exercise of that right, and creative contribution with respect to [comic-book artist Jack] Kirby's work during the relevant time period is more than enough to establish that the works were created at Marvel's instance.").

The prototype was also created at Klamer's expense.[5] In determining who bore the expense of creation, the lodestar is financial risk; the question being who took it, or most of it. <u>See, e.g.</u>, <u>id.</u> at 140 (noting that the law here is ultimately interested in who took the "risk with respect to the work's success"); <u>Twentieth Century Fox</u>, 429 F.3d at 881 (affirming that General Dwight D. Eisenhower's World War II memoir was produced at

---

[5] An argument could have been made (but was not) that the Game was created at the instance and expense of Milton Bradley. After all, it was Milton Bradley that solicited Klamer to come up with something for the company's anniversary, and it was Milton Bradley that, once it accepted the Game, paid Klamer $5,000 and bore the risk of its failure to sell to the public. There are problems with this theory. For example, it was Klamer who hired Markham, not Milton Bradley. In any event, this argument was not made by Hasbro, presumably because, as a recipient of a license in the prototype, it would not affect the result, and because Hasbro thought it in the company's interest to present a unified theory.

the publisher's expense because it "took on all the financial risk of the book's success"); Siegel v. Warner Bros. Entm't. Inc., 658 F. Supp. 2d 1036, 1058 (C.D. Cal. 2009) (noting that the focus of the expense calculus is "on who bore the risk of the work's profitability").

One feature of Klamer's arrangement with Markham and his company — and what likely accounted for the level of control Klamer had over the making of the prototype — was that Klamer would pay any and all costs Markham incurred during the project. Trial Tr. I 41-42, 57-58; Trial Tr. II 49; see Exs. JTX 2, JTX 13. This was true even if Klamer was unable to convince Milton Bradley to manufacture the Game. Trial Tr. I 41-42, 57-58; Trial Tr. II 49 see Exs. JTX 2, JTX 13. In other words, if the Milton Bradley executives at Chasen's had been thoroughly unimpressed by the prototype and passed on it completely — as they had on the other idea Klamer brought to them just months earlier — Klamer would have remained on the hook for the $2,423.16 Markham billed him on October 12, 1959. Trial Tr. I 41-42, 57-58; Trial Tr. II 49; see Exs. JTX 2, JTX 13; see also Ex. PTX 20 (evidencing Markham's understanding that Klamer's role in creating the Game was "to sell it to Milton Bradley"). This sum included the cost of Chambers's and Israel's labor along with the material used in the prototype. Ex. JTX 13.

Klamer also agreed to pay Markham thirty percent of the

royalty he negotiated for himself from Milton Bradley. Ex. JTX 2. And while the use of royalties as payment, as opposed to a fixed sum, "generally weighs against finding a work-for-hire relationship," Playboy Enters. v. Dumas, 53 F.3d 549, 555 (2d Cir. 1995), "[t]he absence of a fixed salary . . . is never conclusive," Picture Music, 457 F.2d at 1216, and has been found "a rather inexact method of properly rewarding with ownership the party that bears the risk with respect to the work's success," Marvel, 726 F.3d at 141. Markham was, moreover, not obliged to pay back the $773.05 advance on royalties he received from Klamer. Ex. JTX 2; cf. Picture Music, Inc. v. Bourne, Inc., 314 F. Supp. 640, 651 (S.D.N.Y. 1970) ("[T]he fact that the author was obliged to repay advances on royalties which were never accrued is an indicant that the relationship was not an employment for hire."). So the royalties involved here do nothing to change the reality that the risk, and therefore the expense, was Klamer's.

Klamer having provided the instance for and bearing the expense of the prototype's invention, the presumption arises under the 1909 Act that he was the prototype's author and entitled to its copyright ab initio. See Twentieth Century Fox, 429 F.3d at 881; Forward, 985 F.2d at 606. And contrary to Markham's contention, nothing in the Assignment Agreement overcomes this presumption. See Lin-Brook Builders, 352 F.2d at 300 (holding that "an express contractual reservation of the copyright in the

22

artist" is necessary to rebut the presumption of the copyright in the hiring party); Nimmer & Nimmer, supra, § 5.03 (noting that under the 1909 Act, "in the absence of persuasive evidence of an agreement to the contrary, it was generally held that if an artist, writer, photographer, architect or other 'author' is commissioned to create a work, the copyright in such work would vest in the person commissioning the work"). The Agreement states that "[u]pon the request of LINK, MARKHAM will pursue any copyright . . . to which he may be entitled as the inventor, designer and developer of the Game . . . [and] will assign any such copyright . . . to LINK." Ex. JTX 2.

But this language, far from naming a copyright holder other than Klamer, is operative only in a hypothetical world where Markham held a copyright in the prototype. The Assignment Agreement's post hoc description of Markham as the "inventor, designer and developer of the Game" does not make this hypothetical world a reality. Id.; see Nimmer & Nimmer, supra, § 11.02 ("Insofar as a work is made 'for hire' because it has been prepared by an employee within the scope of his employment, it is the relationship that actually exists between the parties, not their description of that relationship, that is determinative."). Neither does anything else in the Agreement. See Ex. JTX 2. So it remains the case that in the real world — where, as the foregoing has shown, the presumption was that copyright ownership was

23

Klamer's — this clause in the Assignment Agreement is but an empty precaution.  Cf. Marvel, 726 F.3d at 143 ("It is all too likely that, if the parties thought about it at all, Kirby's assignments at the time he was paid or later were redundancies insisted upon by Marvel to protect its rights; we decline to infer from Marvel's suspenders that it had agreed to give Kirby its belt.").  Decades of post-publication history show this was the parties' understanding as well:  Markham was never asked to "pursue any copyright" because he had no copyright to pursue.  Ex. JTX 2; see Exs. JTX 7, JTX 8, JTX 9, JTX 23.

In the final analysis, the prototype was a "work[] made for hire" under the 1909 Act, 17 U.S.C. § 26 (repealed 1978), and Plaintiffs are thus without termination rights under the 1976 Act, 17 U.S.C. § 304(c).

III. Conclusion

Like the Game of Life itself, this fifty-nine-year tug-of-war for renown and royalties has followed a long, circuitous path.  And one that — on this "Day of Reckoning," to use the Game's parlance — ends essentially where it began:  for it is sometimes said, in disbelief, that success has many fathers, but failure is an orphan; nevertheless, the weight of the evidence in this case is that the success that met the Game of Life was, in fact, nothing if not the result of collective effort.  And although the credit, in the colloquial sense, can be split pro rata, the law dictates

24

that the copyrights cannot be.  For this reason — and not because
of the unparalleled contribution of any one person as compared to
another — Plaintiffs' third claim for relief fails.

IT IS SO ORDERED.

_WE Smith_
_____
William E. Smith
Chief Judge
Date: January 25, 2019